**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Greenbelt Division)**

In re:

GREGORY B. MYERS

          Debtor.

Case No.  15-26033-MCR
Chapter 7

_____/

## <u>NOTICE OF APPEAL</u>

GREGORY B. MYERS appeals to the United States District Court for the District of Maryland from the Order (Doc 1126) entered July 7, 2026 by the United States Bankruptcy Court for the District of Maryland in Case No.  15-26033-MCR (the "Order"), which Order "DENIED" the DEBTOR'S MOTION TO VACATE JULY 3, 2025 ORDER OVERRULING CLAIM OBJECTIONS AS MOOT PURSUANT TO FED. R. CIV. P. 60(b)(1), 60(b)(2), 60(b)(3), 60(b)(4), 60(b)(5), AND 60(b)(6), MADE APPLICABLE BY FED. R. BANKR. P. 9024, PRESERVING RELIEF UNDER FED. R. CIV. P. 60(d)(1) AND 60(d)(3), AND REQUEST FOR INDICATIVE RULING UNDER FED. R. BANKR. P. 8008.  A copy of the Order (Doc 1126) is attached hereto as **Exhibit A.**

The parties to this appeal are as follows:

**Appellant:** Gregory B. Myers
**Appellee:** Roger Schlossberg, Chapter 7 Trustee
**Appellee:** Brina King
**Appellee:** Cristina King
**Appellee:** Cristina and Brian King Children's Trust

Dated: July 20, 2026

                              Respectfully submitted,

                              _____
                              Gregory B. Myers, pro se

1

700 Gulf Shore Blvd. N.
Naples, Florida 34102
(301) 325-2312
gregbmyers@verizon.net

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on July 20, 2026, the foregoing NOTICE OF APPEAL was

filed with the Clerk of the Bankruptcy Court and a true and correct copy of same was served upon

all parties registered to receive service by CM/ECF, including the following:

Roger Schlossberg
Frank J. Mastro
P.O. Box 2017
Hagerstown, MD 21742-2017

Maurice B. VerStandig, Esq.
The VerStandig Law Firm, LLC
1452 W. Horizon Ridge Pkwy., Suite 665
Henderson, NV 89012

Gregory B. Myers, pro se