

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**
OFFICE OF THE CLERK

Catherine M. Stavlas, Clerk of Court
Reply to Southern Division Address                                      David E. Ciambruschini, Chief Deputy

July 23, 2026

RE:   Myers v. Schlossberg et al
      TDC 26-cv-2865
      15-26033

Dear Counsel/Party:

The above-captioned bankruptcy appeal was docketed on July 23, 2026.

The case is subject to this Court's electronic filing requirements and procedures.

☒       One or more of the parties in this case is not represented by counsel ("*pro se*").  *Pro se* parties are to file and serve documents in paper format.  The court will scan and electronically file any documents submitted by a *pro se* party unless a particular document is exempt from electronic filing.  The scanned document shall constitute the official court record.  The court will mail paper copies of any orders or other documents entered by the court to any *pro se* party.  Counsel shall file electronically with the court and serve paper copies of all documents on any *pro se* party.  Documents filed electronically must include a certificate of service stating when and how a paper copy was served on any *pro se* party.

Sincerely yours,

/s/
Catherine M. Stavlas, Clerk

cc:   All counsel/parties

Bankruptcy Letter to Counsel (Rev. 04/2015)

---

Northern Division • 4228 U.S. Courthouse • 101 W. Lombard Street • Baltimore, Maryland 21201• 410-962-2600
Southern Division • 200 U.S. Courthouse • 6500 Cherrywood Lane • Greenbelt, Maryland 20770 • 301-344-0660

**Visit the U.S. District Court's Website at www.mdd.uscourts.gov**