CLERK, UNITED STATES DISTRICT COURT
101 W. LOMBARD STREET
BALTIMORE, MARYLAND 21201-2691
www.mdd.uscourts.gov

OFFICIAL BUSINESS

BALTIMORE MD 212

24 JUL 2026 PM 3 L

□ Stamps

$0.78 0
US POSTAGE IMI
FIRST-CLASS
063S0014950461
FROM 21201

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY                              DEPUTY

AUG   6 2026

_____ FILED   _____ ENTERED
_____ LOGGED  SCS RECEIVED

Inspected
AUG 0 6 2026
Court Security Officer

Gregory B. Myers
700 Gulf Shore Blvd. N.
Naples, FL 34102

NIXIE        339    FE 1        0808/01/26

RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

BC: 21201260599      *2227-01160-24-40