United States Bankruptcy Court
District of Maryland

In re:
Gregory B Myers
Debtor

Case No. 15-26033-WIL
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0416-0 User: larter Page 1 of 3 Date Rcvd: Feb 22, 2017
Form ID: 309B Total Noticed: 73

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 24, 2017.

| | |
|---|---|
| db | +Gregory B Myers, 700 Gulf Shore Boulevard North, Naples, FL 34102-5325 |
| aty | +Christopher C. Fogleman, Gleason, Flynn, Emig & Fogleman, Chtd., 11 North Washington Street, Suite 400, Rockville, MD 20850-4278 |
| aty | +Craig Palik, McNamee Hosea PA, 6411 Ivy Lane, Suite 200, Greenbelt, MD 20770-1405 |
| aty | +Daniel A. Glass, Eckert Seamans Cherin & Mellott, 1717 Pennsylvania Avenue, NW, 12th Floor, Washington, dc 20006-4614 |
| aty | +Douglas B. Riley, Treanor Pope & Hughes, P.A., 500 York Road, Towson, MD 21204-5110 |
| aty | +Douglas S. Rubin, 1804 Staples Mill Road, Suite 200, Richmond, VA 23230-3530 |
| aty | +Gene Jung, Brock & Scott, PLLC, 7564 Standish Place, Suite 115, Rockville, MD 20855-2745 |
| aty | +Gregory P. Johnson, Offit Kurman, P.A., 4800 Montgomery Lane, 9th Floor, Bethesda, MD 20814-3429 |
| aty | +H. Jason Gold, Nelson Mullins Riley & Scarborough LLP, 101 Constitution Ave NW, Suite 900, Washington, DC 20001-2133 |
| aty | +Jeffrey M. Orenstein, Goren, Wolff & Orenstein, LLC, 15245 Shady Grove Road, Suite 465, North Lobby, Rockville, MD 20850-7203 |
| aty | +John Allen Roberts, Semmes, Bowen & Semmes, P.C., 25 South Charles Street, Suite 1400, Baltimore, MD 21201-2400 |
| aty | +Justin Philip Fasano, McNamee, Hosea, Jernigan, Kim, Greenan &, Lynch, P.A., 6411 Ivy Lane, Suite 200, Greenbelt, MD 20770-1405 |
| aty | +Kimberly Brooke Lane, Samuel I. White, P.C., 611 Rockville Pike, Ste 100, Rockville, MD 20852-1178 |
| aty | +Kyle J. Moulding, 312 Marshall Ave, Suite 800, Laurel, MD 20707-4808 |
| aty | +Randa S. Azzam, Samuel I. White, P.C., 611 Rockville Pike, Suite 100, Rockville, MD 20852-1178 |
| aty | +Richard Edwin Lear, Holland and Knight LLP, 800 17th Street NW, Ste. 1100, Washington, DC 20006-3962 |
| aty | +Susan J. Klein, 233 E. Redwood St., Baltimore, MD 21202-3332 |
| aty | +Valerie P. Morrison, Nelson Mullins Riley & Scarborough LLP, 101 Constitution Avenue, N.W., Suite 900, Washington, DC 20001-2133 |
| tr | +Roger Schlossberg, 18421 Henson Boulevard, Suite 201, Hagerstown, MD 21742-1392 |
| cr | +Bank of America, N.A., Treanor Pope & Hughes, P.A., 500 York Road, Towson, MD 21204-5110 |
| other | +Barbara Ann Kelly, 4505 Wetherill Rd., Bethesda, MD 20816-1836 |
| cr | Gleason, Flynn, Emig & Fogleman, Chartered, c/o Christopher C. Fogleman, Esquire, 11 North Washington Street, Suite 400, Rockville, MD 20850-4278 |
| br | +Hunter Harman, Berkshire Hathaway Home Services, Beach Properties of FL, 2063 Highway 395 South, Santa Rosa Beach, FL 32459-7191 |
| cr | +JPMorgan Chase Bank, National Association, Nelson Mullins Riley & Scarborough LLP, 101 Constitution Ave NW, Suite 900, Washington, DC 20001-2133 |
| cr | +Offit Kurman, P.A., c/o James M. Hoffman, Esquire, 4800 Montgomery Lane, 9th Floor, Bethesda, MD 20814-3465 |
| cr | +Select Portfolio Servicing, Inc., C/O McCabe, Weisberg & Conway, LLC, 312 Marshall Avenue, Suite 800, Laurel, MD 20707-4808 |
| cr | +Serv Trust, c/o Jeffrey M. Orenstein, 15245 Shady Grove Road, Suite 465, Rockville, MD 20850-7203 |
| cr | +SunTrust Bank, Randa S. Azzam, Samuel I. White, P.C., 611 Rockville Pike, Suite 100, Rockville, MD 20852-1178 |
| cr | +SunTrust Mortgage, Inc., c/o McCalla Raymer Pierce, LLC, Bankruptcy Department, 1544 Old Alabama Road, Roswell, GA 30076-2102 |
| res | +The Guardian Life Insurance Company of America, c/o John AllenRoberts, Esquire, Semmes, Bowen & Semmes, P.C., 25 S. Charles Street, Suite 1400, Baltimore, MD 21201-2400 |
| cr | +U.S. Bank, as successor trustee to Bank of America, Daniel A. Glass, Eckert Seamans Cherin & Mellott, 1717 Pennsylvania Ave., NW 12th Fl., Washington, DC 20006-4614 |
| cr | +U.S. Bank National Association, as Trustee for Credit Suisse First Bosto, Douglas B. Riley, Treanor Pope & Hughes, P.A., 500 York Road, Towson, MD 21204-5110 |
| cr | +U.S. Bank National Association, as Trustee and Wells Fargo Bank, N.A., t, c/o Douglas B. Riley, Esquire, Treanor Pope & Hughes, P.A., 500 York Road, Towson, MD 21204-5110 |
| 30015139 | +6789 Goldsboro LLC, c/o Susan J. Klein, Esquire, Gordon Feinblatt LLC, 233 East Redwood Street, Baltimore, MD 21202-3332 |
| 30011530 | +6789 Goldsboro LLC, 3925 Beech Avenue, Baltimore, MD 21211-2240 |
| 29476723 | Bank of America National Association, Attn: Jason Perkins, Esquire, Carlton Fields Jorden Burt, 450 S. Orange Avenue, Suite 500, Orlando, FL 32801-3370 |
| 29521713 | +Bank of America Represented by:, Samuel I White, P.C., 611 Rockville Pike, Suite 100, Rockville, MD 20852-1178 |
| 29616097 | +Bank of America, N.A., Wells Fargo Bank, N.A., Attention: Bankruptcy Department (MAC#D, 3476 Stateview Boulevard, Fort Mill, SC 29715-7203 |
| 29476724 | +Carlton Fields Jorden Burt, Attn: Jason Perkins, Esquire, 450 S. Orange Avenue, Orlando, FL 32801-3383 |
| 29476725 | +Cheffy Passidomo, 821 Fifth Avenue South, Suite 201, Naples, FL 34102-6621 |
| 29476784 | +Comptroller of the Treasury, Compliance Division, Room 409, 301 W. Preston Street, Baltimore, MD 21201-2305 |
| 29476726 | +Crew & Crew, P.A., 238 Miracle Strip Parkway, SW, Fort Walton Beach, FL 32548-6617 |
| 29521714 | +Florida Department of Revenue, 5050 West Tennessee Street, Tallahassee, FL 32399-0100 |

29476727 Gleason, Flynn, Emig & Fogleman, Charter, Attn: Christopher Fogleman, Esq.,
11 North Washington Street, Suite 400, Rockville, MD 20850-4278
29521715 +Kenwood County Club, 5601 River Road, Bethesda, MD 20816-1299
29586847 +Kenwood Golf and Country Club, c/o Stephen F. Allen, Esq., 301 S. Frederick Avenue,
Gaithersburg, MD 20877-2327
29476730 +Mandell Menkes LLC, One North Franklin Street, Suite 3600, Chicago, IL 60606-3493
29476731 +Michael K. Myers & Susan R. Myers, 7728 Lee Avenue, Alexandria, VA 22308-1003
29476732 +Navy Federal Credit Union, Herbert A. Rosenthal, Chartered, 5101 Wisconsin Avenue, NW,
Suite 210, Washington, DC 20016-4137
29616098 +Offit Kurman, P.A., James M. Hoffman, Esq., 4800 Montgomery Ln 9th Fl,
Bethesda, MD 20814-3465
29476733 +Offit Kurman, P.A., Attn: Miller John Poppleton, Esquire,
8171 Maple Lawn Boulevard, Suite 200, Fulton, MD 20759-2521
29476734 +Regions Bank, Peter P. Hargitai, Esquire, Andrew J. Steif, Esquire,
50 North Laura Street, Suite 3900, Jacksonville, FL 32202-3622
29476736 Sachs & LaSeur, P.A., 1394 County Highway, 283S, Building 4, Santa Rosa Beach, FL 32459
29476737 +Seaside III Neighborhood Association,Inc, Attn: Seaside Town Council Inc., P.O. Box 4957,
Santa Rosa Beach, FL 32459-4957
29476788 +Secretary of the Treasury, 15th and Pennsylvania Ave., N.W., Washington, DC 20220-0001
29521717 +Serv Trust, 3158 Bravertown Street, Suite 206, Edgewater, MD 21037-2672
29476783 +State of Maryland DLLR, Division of Unemployment Insurance, 1100 N. Eutaw Street, Room 401,
Baltimore, MD 21201-2225
30011531 +Susan J. Klein, Esq., Gordon Feinblatt LLC, 233 East Redwood Street,
Baltimore, MD 21202-3332
29476782 +Taxing Authority of Montgomery County, Division of Treasury, 255 Rockville Pike, Ste. L-15,
Rockville, MD 20850-4188
29618805 U.S. Bank NA, Select Portfolio Servicing, Inc., P.O. Box 65250,
Salt Lake City, UT 84165-0250
29616086 +U.S. Bank National Association, as Trustee, America's Servicing Company,
Attention: Bankruptcy Department (MAC#D, 3476 Stateview Boulevard,
Fort Mill, SC 29715-7203
29618781 U.S. Bank, NA, successor trustee to BANA, successo, c/o Select Portfolio Servicing, Inc.,
PO Box 65250, Salt Lake City, Utah 84165
29618526 U.S. Bank, as success trustee to BANA, successor i, c/c Select Portfolio Servicing, Inc.,
PO Box 65250, Salt Lake City, Utah 84165-0250
29521719 +US Bank NA, as Trustee, c/o Select Portfolio Servicing, Inc., PO Box 65250,
Salt Lake City, UT 84165-0250
29476738 US Bank National Association as Trustee, for Credit Suisse First Boston CSFB 2005,
Carlton Fields Jorden Burt, 450 S. Orange Avenue, Suite 500, Orlando, FL 32801-3370
29521718 +US Bank National Association, as Trustee, c/o ASC Servicing Company, P.O. Box 10335,
Des Moines, IA 50306-0335

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty E-mail/Text: jgreenan@mhlawyers.com Feb 22 2017 20:20:55 James Greenan,
McNamee, Hosea, et. al., 6411 Ivy Lane, Suite 200, Greenbelt, MD 20770
cr +E-mail/Text: newbk@Regions.com Feb 22 2017 20:21:48 Regions Bank, 1900 Fifth Street,
Birmingham, AL 35203-2670
29476785 EDI: IRS.COM Feb 22 2017 20:18:00 Department of the Treasury, Internal Revenue Service,
PO Box 7346, Philadelphia, PA 19101-7346
29476728 +E-mail/Text: ipfscollectionsreferrals@ipfs.com Feb 22 2017 20:22:02 IPFS Corporation,
30 Montgomery Street, Suite 1000, Jersey City, NJ 07302
29527738 +EDI: NFCU.COM Feb 22 2017 20:18:00 Navy Federal Credit Union, PO Box 3000,
Merrifield, VA 22119-3000
29521716 +E-mail/Text: newbk@Regions.com Feb 22 2017 20:21:48 Regions Bank, PO Box 216,
Birmingham, AL 35201-0216
29476786 E-mail/Text: atlreorg@sec.gov Feb 22 2017 20:21:37 Branch of Reorganization,
Sec. & Exch. Commission, 3475 Lenox Road NE (Suite 1000), Atlanta, GA 30327-1232
TOTAL: 7

***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
29521712 Bank of America, National Assn, INVALID ADDRESS PROVIDED
29476787 U.S. Attorney-District of MD, INVALID ADDRESS PROVIDED
cr* +6789 Goldsboro LLC, c/o Susan J. Klein, Esquire, Gordon Feinblatt LLC,
233 East Redwood Street, Baltimore, MD 21202-3332
cr* ++IPFS CORPORATION, 30 MONTGOMERY STREET, SUITE 1000, JERSEY CITY NJ 07302-3836
(address filed with court: IPFS Corporation, 30 Montgomery Street, Suite 1000,
Jersey City, NJ 07302)
30036204* +Comptroller of the Treasury, Compliance Division, Room 409, 301 W. Preston Street,
Baltimore, MD 21201-2305
30036205* +State of Maryland DLLR, Division of Unemployment Insurance, 1100 N. Eutaw Street, Room 401,
Baltimore, MD 21201-2225
30036203* +Taxing Authority of Montgomery County, Division of Treasury, 255 Rockville Pike, Ste. L-15,
Rockville, MD 20850-4188
29476729 ##+Joan C. Myers, 13428 Cleveland Drive, Rockville, MD 20850-3603
TOTALS: 2, * 5, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

District/off: 0416-0 User: larter Page 3 of 3 Date Rcvd: Feb 22, 2017
Form ID: 309B Total Noticed: 73

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 24, 2017 Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 22, 2017 at the address(es) listed below:

Christopher C. Fogleman cfogleman@gleason-law.com, sgreen@gleason-law.com, pmorse@gleason-law.com
Craig Palik cpalik@mhlawyers.com, kjarboe@mhlawyers.com,dmoorehead@mhlawyers.com, cjourdonais@mhlawyers.com,cpalik@ecf.inforuptcy.com
Daniel A. Glass dglass@eckertseamans.com
Douglas B. Riley dbriley@tph-law.com
Douglas S. Rubin drubin@siwpc.com, Ecfmd1@siwpc.com,ecfmd2@siwpc.com,ecfmd3@siwpc.com, razzam@siwpc.com,klane@siwpc.com,mfreeman@siwpc.com,SIWPC@ecf.courtdrive.com
Gene Jung gene.jung@brockandscott.com, mdecf@brockandscott.com,wbecf@brockandscott.com, rachael.boone@brockandscott.com
Gregory P. Johnson gjohnson@offitkurman.com, dwest@offitkurman.com
James Greenan jgreenan@mhlawyers.com, dmoorehead@mhlawyers.com,sgoldberg@mhlawyers.com, kjarboe@mhlawyers.com,cjourdonais@mhlawyers.com,jgreenan@ecf.inforuptcy.com
Jeffrey M. Orenstein jorenstein@gwolaw.com
John Allen Roberts jaroberts@semmes.com, cdavis@semmes.com
Justin Philip Fasano jfasano@mhlawyers.com, jfasano@ecf.courtdrive.com, ssmentkowski@mhlawyers.com,cjourdonais@mhlawyers.com,dmoorehead@mhlawyers.com
Kimberly Brooke Lane klane@siwpc.com, ecfmd1@siwpc.com,ecfmd2@siwpc.com,ecfmd3@siwpc.com, razzam@siwpc.com,drubin@siwpc.com,mfreeman@siwpc.com,SIWPC@ecf.courtdrive.com
Kyle J. Moulding bankruptcymd@mwc-law.com
Lynn A. Kohen lynn.a.kohen@usdoj.gov
Michael G. Wolff trustee@wolawgroup.com, mwolff@ecf.epiqsystems.com,dgodfrey@wolawgroup.com
Randa S. Azzam razzam@siwpc.com, klane@siwpc.com,ecfmd1@siwpc.com,ecfmd2@siwpc.com, ecfmd3@siwpc.com,mfreeman@siwpc.com,SIWPC@ecf.courtdrive.com
Richard Edwin Lear richard.lear@hklaw.com, kimi.odonnell@hklaw.com
Roger Schlossberg trustee@schlosslaw.com, MD20@ecfcbis.com
Susan J. Klein sklein@gfrlaw.com
US Trustee - Greenbelt USTPRegion04.GB.ECF@USDOJ.GOV
Valerie P. Morrison val.morrison@nelsonmullins.com, robert.ours@nelsonmullins.com, Dylan.trache@nelsonmullins.com,Jason.gold@nelsonmullins.com

TOTAL: 21

**Information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Gregory B Myers** (First Name Middle Name Last Name) | Social Security number or ITIN | **xxx−xx−0074** |
| | | EIN | _ _−_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | (First Name Middle Name Last Name) | Social Security number or ITIN | _ _ _ _ |
| | | EIN | _ _−_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **District of Maryland** | Date case filed in chapter **11** | **11/18/15** |
| Case number: **15−26033 WIL** | Chapter: **7** | Date case converted to chapter **7** | **2/22/17** |

Official Form 309B (For Individuals or Joint Debtors)

# Notice of Chapter 7 Bankruptcy Case −− Proof of Claim Deadline Set

12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. Visit http://www.mdb.uscourts.gov and click on Filing Without An Attorney for additional resources and information.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|---|
| **1.** | **Debtor's full name** | Gregory B Myers | |
| **2.** | **All other names used in the last 8 years** | | |
| **3.** | **Address** | 700 Gulf Shore Boulevard North<br>Naples, FL 34102 | |
| **4.** | **Debtor's attorney**<br>Name and address | James Greenan<br>McNamee, Hosea, et. al.<br>6411 Ivy Lane<br>Suite 200<br>Greenbelt, MD 20770 | Contact phone 301−441−2420<br>Email: jgreenan@mhlawyers.com |
| **5.** | **Bankruptcy trustee**<br>Name and address | Roger Schlossberg<br>18421 Henson Boulevard<br>Suite 201<br>Hagerstown, MD 21742 | Contact phone (301) 739−8610<br>Email: **None** |

**For more information, see page 2 >**

| | | |
|---|---|---|
| **6. Bankruptcy clerk's office**<br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | Greenbelt Division<br>6500 Cherrywood Lane, Ste. 300<br>Greenbelt, MD 20770<br><br>Clerk of the Bankruptcy Court:<br>Mark A. Neal | Visit http://www.mdb.uscourts.gov for court hours<br>Contact phone (301) 344−8018<br><br>Date: 2/22/17 |
| **7. Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **March 22, 2017 at 11:30 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**6305 Ivy Lane, Sixth Floor, Greenbelt, MD 20770** |
| **8. Presumption of abuse**<br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines.<br><br>All claims actually filed by a creditor *before conversion of the case are* deemed filed in the Chapter 7 case. You need not re−file your proof of claim. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4) or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline:** 5/22/17 |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 6/20/17** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 8/21/17** |
| | **Deadlines for filing proof of claim:**<br>A proof of claim is a signed statement describing a creditor's claim. A Proof of Claim may be filed electronically from the court's web site at http://www.mdb.uscourts.gov/content/electronic−filing−claims. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office. If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Liquidation of the debtor's property and payment of creditors' claims** | The bankruptcy trustee listed on the front of this notice will collect and sell the debtor's property that is not exempt. If the trustee can collect enough money, creditors may be paid some or all of the debts owed to them in the order specified by the Bankruptcy Code. To ensure you receive any share of that money, you must file a proof of claim as described above. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |
| **13. Debtor electronic bankruptcy noticing** | The U.S. Bankruptcy Court for the District of Maryland offers debtors the ability to receive court notices and orders via email, instead of U.S. mail, through the Debtor Electronic Bankruptcy Noticingor DeBN program. To participate in this program, debtors must complete and file a DeBN request form with the Court. For additional information, please go to Programs & Services of http://www.mdb.uscourts.gov. | |