In re Gregory B. Myers, Case No. 15-26033 (Bankr. D. Md.)
Chapter 7 – Roger Schlossberg, Trustee

# LOT 6 PROCEEDS

| | | |
|---|---|---|
| Lot 6 Net Proceeds Turned over to Trustee:[1] | $1,110,247.01 | |
| | | |
| Less Settlement Payment to Offit Kurman[2] | -$525,000.00 | |
| | | |
| Less McNamee Hosea fee award payment[3] | -$197,813.40 | |
| | | |
| **Current Undistributed Proceeds:** | | **$387,433.61** |
| | | |
| Earmarked payments to be made against remaining undistributed proceeds: | | |
| | | |
| Offit Kurman Settlement contribution to Trustee[4] | -$210,116.27 | |
| | | |
| Seaside HOA consent order payment[5] | -$ 22,391.66 | |
| | | |
| **Current Unallocated Proceeds:** | | **$154,925.68** |
| | | |
| Remaining claims against Lot 6 Proceeds: | | |
| | | |
| ServTrust avoided lien (preserved for benefit of estate under § 551)[6] | -$951,803.96 | |

[1] *See* Dkt. #400, 566 herein.

[2] *See* Adv. No. 16-474 at Dkt. #59 therein.

[3] *See* Dkt. #767 herein.

[4] *See* Adv. No. 16-474 at Dkt. #59 therein.

[5] *See* Adv. No. 16-472 at Dkt. #25 therein.

[6] *See* Adv. No. 16-541 at Dkt. #44 therein.