**GREGORY B. MYERS**
**CHAPTER 13**
**Case No.: 2:21-bk-00123-FMD**

**ADDENDUM**

**DEBTOR POSSESES CLAIMS AGAINST THE FOLLOWING PARTIES [1]**

US Bank, National Association as Trustee for Credit Suisse First Boston CSFB 2005-11 Regions Bank; U.S. Bank, N.A., Successor Trustee to Bank of America, N.A. Successor In Interest to LaSalle Bank, N.A., As Trustee, on Behalf of the Holders of the WAMU Mortgage Pass-Through Certificates, Series 2007-OA4 (the "WAMU Trust"); JPMorgan Chase Bank, N.A.; Bank of America, National Association; Wells Fargo Bank, N.A.; Dream Team Realty of NW Florida, LLC; Michael K. Bailey; Walton County, Florida; The St. Joe Company; Watercolor Development, LLC; Watercolor Homeowners Association, Inc.; Carlton Fields, P.A.; SunTrust Bank; SunTrust Mortgage; K Casas De Praia LLC; Robert Davis; Seaside Community Development Corporation; Seaside Community Realty, Inc.; McNamee Hosea Jernigan Kim Greenan & Lynch, P.A.; Roger Schlossberg, individually; Roger Schlossberg in his capacity as the chapter 7 trustee of the bankruptcy estate of Gregory B. Myers in *In re Gregory B. Myers*, Case No. 15-26033; Schlossberg, Mastro & Scanlan; Frank Mastro; Alfred L. Scanlan Jr.; Yumkas, Vidmar, Sweeney & Mulrenin, LLC; Paul Sweeney; McNamee Hosea Jernigan Kim Greenan & Lynch, P.A.; James Greenan; Craig Palik; Steve Goldberg, Lynn Kohen; 6789 Goldsboro LLC; Brian King; Cristina King; Cristina and Brian King Children's Trust; Offit Kurman, P.A.; Maurice Offit; Timothy Lynch; Gregory Johnson; James M. Hoffman; Aaron Bukowitz; The VerStandig Law Firm, LLC; Maurice VerStandig; Robert Gittins; Eccleston & Wolf, P.C.; Kenwood Country Club.

Myers may possess other legal claims against third parties**,** including without limitation, counterclaims, third party claims, and rights to set off claims, that he is not aware of at this time. Myers reserves the right to amend and/or supplement these schedules to add claims not currently known and/or that may be revealed through discovery.

**DEBTOR IS A PARTY OR INTERVENOR IN THE FOLLOWING LEGAL ACTIONS**

*US Bank, National Association as Trustee for Credit Suisse First Boston CSFB 2005-11 v. Barbara Ann Kelly, et al.*, Case No. 2009-CA-10813, in the Circuit Court of the Twentieth Judicial Circuit in and for Collier County, Florida

*Kristine D. Brown, et al. v. Barbara Ann Kelly, et al.*, Case No. 394829-V, in the Circuit Court for Montgomery County, Maryland

[1] In each and every case, Myers's claims include, without limitation, all actions which Myers may initiate and/or prosecute under the provisions of the Bankruptcy Code, including without limitation, 11 U.S.C. § 522, § 544, § 547, § 548, § 549 and § 550.

*Barbara Ann Kelly, et al. v. Mark H. Wittstadt et al.*, Case No. 408746-V, in the Circuit Court for Montgomery County, Maryland

*Barbara Ann Kelly, et al. v. JPMorgan Chase Bank, NA*, Case No. 401247-V, in the Circuit Court for Montgomery County, Maryland

*Bank of America, National Association v. Barbara Ann Kelly, et al.*, Case No. 2010-CA-660, in the Circuit Court in and for Walton County, Florida

*Barbara Ann Kelly, et al. v. Bank of America, National Association*, Case No. 1D18-690, in the Florida First District Court of Appeal

*Barbara Ann Kelly, et al. v. Bank of America, National Association*, Case No. 1D19-1839, in the Florida First District Court of Appeal

*Barbara Ann Kelly, et al. v. Bank of America, National Association, et al.*, Case No. 2020-CA-2852, in the Circuit Court of the Twentieth Judicial Circuit in and for Collier County, Florida

*Gregory B. Myers v. Walton County*, Case No. 2017-CA-172, in the Circuit Court in and for Walton County, Florida

*Gregory B. Myers v. Walton County*, Case No. 2020-CA-434, in the Circuit Court in and for Walton County, Florida

*Gregory B. Myers v. The St. Joe Company, et al.*, Case No. 20-CA-3406, in the Circuit Court of the Twentieth Judicial Circuit in and for Collier County, Florida

*SunTrust Bank v. Barbara Ann Kelly*, Case No. 2013-CA-290, in the Circuit Court in and for Walton County, Florida

*Brian King, et. al. v. Serv Trust, et al.*, Case No. 436977-V, in the Circuit Court for Montgomery County, Maryland

*6789 Goldsboro LLC v. Serv Trust, et al.*, Case No. 451611-V, in the Circuit Court for Montgomery County, Maryland

*Barbara Ann Kelly v. Offit Kurman, P.A.*, Case No. 1:17-cv-03668, in the United States District Court for the District of Maryland

*In re Gregory B. Myers*, Case No. 15-26033, in the United States Bankruptcy Court for the District of Maryland

*Gregory B. Myers v. John P. Fitzgerald, III*, Appeal No. 20-1261, in the United States Court of Appeals for the Fourth Circuit

*Gregory B. Myers v. Offit Kurman, P.A., et al.*, Case No. 20-2309, in the United States Court of Appeals for the Fourth Circuit

*Gregory B. Myers v. McNamee Hosea Jernigan Kim Greenan & Lynch, P.A.*, Case No. 20-2007, in the United States Court of Appeals for the Fourth Circuit