# District of Maryland
# Claims Register

15-26033 Gregory B Myers **Converted** 02/22/2017

**Judge:** Maria Ellena Chavez-Ruark **Chapter:** 7
**Office:** Greenbelt **Last Date to file claims:** 06/20/2017
**Trustee:** Roger Schlossberg **Last Date to file (Govt):** 08/21/2017

| | | |
|---|---|---|
| *Creditor:* (29527738)<br>Navy Federal Credit Union<br>PO Box 3000<br>Merrifield, VA 22119 | **Claim No: 1**<br>*Original Filed*<br>*Date*: 01/05/2016<br>*Original Entered*<br>*Date*: 01/05/2016 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Thai Nguyen<br>*Modified:* |

| | | | |
|---|---|---|---|
| Amount | claimed: | $709042.54 | |
| Secured | claimed: | $709042.54 | |

*History:*

| | | | | |
|---|---|---|---|---|
| Details | | 1-1 | 01/05/2016 | Claim #1 filed by Navy Federal Credit Union, Amount claimed: $709042.54 (Nguyen, Thai) |

*Description:* (1-1) 3968- FEL

*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (29476785) History<br>Department of the Treasury<br>Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | **Claim No: 2**<br>*Original Filed*<br>*Date*: 01/14/2016<br>*Original Entered*<br>*Date*: 01/14/2016<br>*Last Amendment*<br>*Filed*: 03/10/2017<br>*Last Amendment*<br>*Entered*: 03/10/2017 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Internal Revenue Service<br>*Modified:* |

| | | | |
|---|---|---|---|
| Amount | claimed: | $0.00 | |
| Secured | claimed: | $0.00 | |
| Priority | claimed: | $0.00 | |

*History:*

| | | | | |
|---|---|---|---|---|
| Details | | 2-1 | 01/14/2016 | Claim #2 filed by Department of the Treasury, Amount claimed: $44829.83 (Internal Revenue Service) |
| Details | | 2-2 | 02/07/2017 | Amended Claim #2 filed by Department of the Treasury, Amount claimed: $46.13 (Internal Revenue Service) |
| Details | | 2-3 | 03/10/2017 | Amended Claim #2 filed by Department of the Treasury, Amount claimed: $0.00 (Internal Revenue Service) |

*Description:*

*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (29476737) History | **Claim No: 3** | *Status:* |

| | | |
|---|---|---|
| Seaside III Neighborhood Association,Inc<br>Attn: Seaside Town Council Inc.<br>P.O. Box 4957<br>Santa Rosa Beach, FL 32459 | *Original Filed Date*: 01/15/2016<br>*Original Entered Date*: 01/15/2016 | *Filed by:* CR<br>*Entered by:* admin<br>*Modified:* |

| | | | |
|---|---|---|---|
| Amount | claimed: | $43700.75 | |
| Secured | claimed: | $43700.75 | |

*History:*

| | | | | |
|---|---|---|---|---|
| Details | | 3-1 | 01/15/2016 | Claim #3 filed by Seaside III Neighborhood Association,Inc, Amount claimed: $43700.75 (admin) |

*Description:*

*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (29476728) History<br>IPFS Corporation<br>30 Montgomery Street<br>Suite 1000<br>Jersey City, NJ 07302 | **Claim No: 4**<br>*Original Filed Date*: 03/02/2016<br>*Original Entered Date*: 03/02/2016 | *Status:* Withdraw 95<br>*Filed by:* CR<br>*Entered by:* Lisa Renee Chandler<br>*Modified:* |

| | | | |
|---|---|---|---|
| Amount | claimed: | $4183.92 | |
| Secured | claimed: | $4183.92 | |

*History:*

| | | | | |
|---|---|---|---|---|
| Details | | 4-1 | 03/02/2016 | Claim #4 filed by IPFS Corporation, Amount claimed: $4183.92 (Chandler, Lisa) |
| | | 95 | 07/06/2016 | Withdrawal of Claim(s): 4 Filed by IPFS Corporation. (Chandler, Lisa) Status: Withdraw |

*Description:* (4-1) Balance due under premium finance agreement

*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (29476727) History<br>Gleason, Flynn, Emig & Fogleman, Charter<br>Attn: Christopher Fogleman, Esq.<br>11 North Washington Street, Suite 400<br>Rockville, MD 20850-4278 | **Claim No: 5**<br>*Original Filed Date*: 03/03/2016<br>*Original Entered Date*: 03/03/2016 | *Status:* Withdraw 166<br>*Filed by:* CR<br>*Entered by:* Christopher C. Fogleman<br>*Modified:* |

| | | | |
|---|---|---|---|
| Amount | claimed: | $152588.28 | |

*History:*

| | | | | |
|---|---|---|---|---|
| Details | | 5-1 | 03/03/2016 | Claim #5 filed by Gleason, Flynn, Emig & Fogleman, Charter, Amount claimed: $152588.28 (Fogleman, Christopher) |
| | | 166 | 10/17/2016 | Withdrawal of Claim(s): 5,6,7,8,9 Filed by Gleason, Flynn, Emig & Fogleman, Chartered. (Fogleman, Christopher) Status: Withdraw |

*Description:* (5-1) Legal services and advances for related legal expenses.

*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (29476727) History<br>Gleason, Flynn, Emig & Fogleman, Charter<br>Attn: Christopher Fogleman, Esq.<br>11 North Washington Street, Suite 400<br>Rockville, MD 20850-4278 | **Claim No: 6**<br>*Original Filed Date*: 03/03/2016<br>*Original Entered Date*: 03/03/2016 | *Status:* Withdraw 166<br>*Filed by:* CR<br>*Entered by:* Christopher C. Fogleman<br>*Modified:* |

| Amount | claimed: | $72662.73 | |
|---|---|---|---|

*History:*

| | | | | |
|---|---|---|---|---|
| Details | | 6-1 | 03/03/2016 | Claim #6 filed by Gleason, Flynn, Emig & Fogleman, Charter, Amount claimed: $72662.73 (Fogleman, Christopher) |
| | | 166 | 10/17/2016 | Withdrawal of Claim(s): 5,6,7,8,9 Filed by Gleason, Flynn, Emig & Fogleman, Chartered. (Fogleman, Christopher) Status: Withdraw |

*Description:* (6-1) Legal services and advances for related legal expenses.

*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (29476727) History<br>Gleason, Flynn, Emig & Fogleman, Charter<br>Attn: Christopher Fogleman, Esq.<br>11 North Washington Street, Suite 400<br>Rockville, MD 20850-4278 | **Claim No: 7**<br>*Original Filed Date*: 03/03/2016<br>*Original Entered Date*: 03/03/2016 | *Status:* Withdraw 166<br>*Filed by:* CR<br>*Entered by:* Christopher C. Fogleman<br>*Modified:* |

| Amount | claimed: | $5935.58 | |
|---|---|---|---|

*History:*

| | | | | |
|---|---|---|---|---|
| Details | | 7-1 | 03/03/2016 | Claim #7 filed by Gleason, Flynn, Emig & Fogleman, Charter, Amount claimed: $5935.58 (Fogleman, Christopher) |
| | | 166 | 10/17/2016 | Withdrawal of Claim(s): 5,6,7,8,9 Filed by Gleason, Flynn, Emig & Fogleman, Chartered. (Fogleman, Christopher) Status: Withdraw |

*Description:* (7-1) Legal services and advances for related legal expenses.

*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (29476727) History<br>Gleason, Flynn, Emig & Fogleman, Charter<br>Attn: Christopher Fogleman, Esq.<br>11 North Washington Street, Suite 400<br>Rockville, MD 20850-4278 | **Claim No: 8**<br>*Original Filed Date*: 03/03/2016<br>*Original Entered Date*: 03/03/2016 | *Status:* Withdraw 166<br>*Filed by:* CR<br>*Entered by:* Christopher C. Fogleman<br>*Modified:* |

| Amount | claimed: | $520.00 | |
|---|---|---|---|

*History:*

| | | | | |
|---|---|---|---|---|
| Details | | 8-1 | 03/03/2016 | Claim #8 filed by Gleason, Flynn, Emig & Fogleman, Charter, Amount claimed: $520.00 (Fogleman, Christopher) |
| | | 166 | 10/17/2016 | Withdrawal of Claim(s): 5,6,7,8,9 Filed by Gleason, Flynn, Emig & Fogleman, Chartered. (Fogleman, Christopher) Status: Withdraw |

*Description:* (8-1) Legal services and advances for related legal expenses.

*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (29476727) History<br>Gleason, Flynn, Emig & Fogleman, Charter<br>Attn: Christopher Fogleman, Esq.<br>11 North Washington Street, Suite 400<br>Rockville, MD 20850-4278 | **Claim No: 9**<br>*Original Filed*<br>*Date*: 03/03/2016<br>*Original Entered*<br>*Date*: 03/03/2016 | *Status:* Withdraw 166<br>*Filed by:* CR<br>*Entered by:* Christopher C. Fogleman<br>*Modified:* |

| | | | |
|---|---|---|---|
| Amount | claimed: | $325.00 | |

*History:*

| | | | | |
|---|---|---|---|---|
| Details | | 9-1 | 03/03/2016 | Claim #9 filed by Gleason, Flynn, Emig & Fogleman, Charter, Amount claimed: $325.00 (Fogleman, Christopher) |
| | | 166 | 10/17/2016 | Withdrawal of Claim(s): 5,6,7,8,9 Filed by Gleason, Flynn, Emig & Fogleman, Chartered. (Fogleman, Christopher) Status: Withdraw |

*Description:* (9-1) Legal services and advances for related legal expenses.

*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (29586847)<br>Kenwood Golf and Country Club<br>c/o Stephen F. Allen, Esq.<br>301 S. Frederick Avenue<br>Gaithersburg, MD 20877 | **Claim No: 10**<br>*Original Filed*<br>*Date*: 03/07/2016<br>*Original Entered*<br>*Date*: 03/08/2016 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Robert Hegerle<br>*Modified:* |

| | | | |
|---|---|---|---|
| Amount | claimed: | $19337.99 | |

*History:*

| | | | | |
|---|---|---|---|---|
| Details | | 10-1 | 03/07/2016 | Claim #10 filed by Kenwood Golf and Country Club, Amount claimed: $19337.99 (Hegerle, Robert) |

*Description:*

*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (29476738) History<br>US Bank National Association as Trustee<br>for Credit Suisse First Boston CSFB 2005<br>Carlton Fields Jorden Burt<br>450 S. Orange Avenue, Suite 500<br>Orlando, FL 32801-3370 | **Claim No: 11**<br>*Original Filed*<br>*Date*: 03/18/2016<br>*Original Entered*<br>*Date*: 03/18/2016 | *Status:* Withdraw 52<br>*Filed by:* CR<br>*Entered by:* Douglas B. Riley<br>*Modified:* |

| | | | |
|---|---|---|---|
| Amount | claimed: | $3036684.88 | |
| Secured | claimed: | $3036684.88 | |

*History:*

| | | | | |
|---|---|---|---|---|
| Details | | 11-1 | 03/18/2016 | Claim #11 filed by US Bank National Association as Trustee, Amount claimed: $3036684.88 (Riley, Douglas) |
| | | 50 | 03/21/2016 | Memo Re: Claim #11 . (Arter, Laurie) |
| | | 52 | 03/21/2016 | Withdrawal of Claim(s): 11 Filed by U.S. Bank National Association, as Trustee and Wells Fargo Bank, N.A., trading as ASC and/or America's Servicing Company . (Arter, Laurie) Status: Withdraw |

*Description:* (11-1) Judgment entered in U.S. Bank v. Gregory Myers, et. al, Circuit Court of 20th Judicial Circuit for Collier County, Florida, Case No.: 11-2009-CA-01813

*Remarks:* (11-1) Promissory Note and original Mortgage on 700 Gulf Shore Boulevard, Naples, Florida reduced to judgment

| | | |
|---|---|---|
| *Creditor:* (29616086)<br>U.S. Bank National Association, as Trustee<br>America's Servicing Company<br>Attention: Bankruptcy Department<br>(MAC#D3347-014)<br>3476 Stateview Boulevard<br>Fort Mill, SC 29715 | **Claim No: 12**<br>*Original Filed Date*: 03/18/2016<br>*Original Entered Date*: 03/18/2016 | *Status:*<br>*Filed by:* CR<br>*Entered by:* admin<br>*Modified:* |

| | | | |
|---|---|---|---|
| Amount | claimed: | $3036684.88 | |
| Secured | claimed: | $3036684.88 | |

*History:*

| | | | | |
|---|---|---|---|---|
| Details | | 12-1 | 03/18/2016 | Claim #12 filed by U.S. Bank National Association, as Trustee, Amount claimed: $3036684.88 (admin) |

*Description:*

*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (29616097)<br>Bank of America, N.A.<br>Wells Fargo Bank, N.A.<br>Attention: Bankruptcy Department<br>(MAC#D3347-014)<br>3476 Stateview Boulevard<br>Fort Mill, SC 29715 | **Claim No: 13**<br>*Original Filed Date*: 03/18/2016<br>*Original Entered Date*: 03/18/2016 | *Status:*<br>*Filed by:* CR<br>*Entered by:* admin<br>*Modified:* |

| | | | |
|---|---|---|---|
| Amount | claimed: | $1339596.67 | |
| Secured | claimed: | $1339596.67 | |

*History:*

| | | | | |
|---|---|---|---|---|
| Details | | 13-1 | 03/18/2016 | Claim #13 filed by Bank of America, N.A., Amount claimed: $1339596.67 (admin) |

*Description:*

*Remarks:* (13-1) Account Number (last 4 digits):5299

| | | |
|---|---|---|
| *Creditor:* (29616098)<br>Offit Kurman, P.A.<br>James M. Hoffman, Esq.<br>4800 Montgomery Ln 9th Fl<br>Bethesda, MD 20814 | **Claim No: 14**<br>*Original Filed Date*: 03/18/2016<br>*Original Entered Date*: 03/18/2016<br>*Last Amendment Filed*: 10/18/2016<br>*Last Amendment Entered*: 10/18/2016 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Gregory P. Johnson<br>*Modified:* 10/19/2016 |

| | | | |
|---|---|---|---|
| Amount | claimed: | $758722.23 | |
| Secured | claimed: | $550000.00 | |

*History:*

| | | | | |
|---|---|---|---|---|
| Details | | 14-1 | 03/18/2016 | Claim #14 filed by Offit Kurman, P.A., Amount claimed: $239094.36 (Hoffman, James) |
| Details | | 14-2 | 10/18/2016 | Amended Claim #14 filed by Offit Kurman, P.A., Amount claimed: $758722.23 (Johnson, Gregory) |

*Description:* (14-1) Mortgage Recorded Instr# 1266822 per attachment
(14-2) Legal Services; Arrearage Amount $758722.23

*Remarks:* (14-2) Secures Lot 6 Florida Property

| | | |
|---|---|---|
| *Creditor:* (29521719) History<br>US Bank NA, as Trustee<br>c/o Select Portfolio Servicing, Inc.<br>PO Box 65250<br>Salt Lake City, UT 84165-0450 | **Claim No: 15**<br>*Original Filed Date*: 03/21/2016<br>*Original Entered Date*: 03/21/2016 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Daniel A. Glass<br>*Modified:* 03/22/2016 |

| | | | |
|---|---|---|---|
| Amount | claimed: | $2173243.74 | |
| Secured | claimed: | $2173243.74 | |
| Priority | claimed: | $0.00 | |

*History:*

| | | | | |
|---|---|---|---|---|
| Details | | 15-1 | 03/21/2016 | Claim #15 filed by US Bank NA, as Trustee, Amount claimed: $2173243.74 (Glass, Daniel) |

*Description:* (15-1) First Priority Deed of Trust on Property

*Remarks:* (15-1) Arrearage Amount $514177.43

| | | |
|---|---|---|
| *Creditor:* (29618805)<br>U.S. Bank NA<br>Select Portfolio Servicing, Inc.<br>P.O. Box 65250<br>Salt Lake City, UT 84165-0250 | **Claim No: 16**<br>*Original Filed Date*: 03/21/2016<br>*Original Entered Date*: 03/21/2016 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Kyle J. Moulding<br>*Modified:* |

| | | | |
|---|---|---|---|
| Amount | claimed: | $2170875.11 | |
| Secured | claimed: | $2170875.11 | |

*History:*

| | | | | |
|---|---|---|---|---|
| Details | | 16-1 | 03/21/2016 | Claim #16 filed by U.S. Bank NA, Amount claimed: $2170875.11 (Moulding, Kyle) |

*Description:* (16-1) 4505 Wetherill Rd, Bethesda, Maryland 20816

*Remarks:* (16-1) Arrearages; $511,808.80

| | | |
|---|---|---|
| *Creditor:* (30015139)<br>6789 Goldsboro LLC<br>c/o Susan J. Klein, Esquire<br>Gordon Feinblatt LLC<br>233 East Redwood Street<br>Baltimore, MD 21202 | **Claim No: 17**<br>*Original Filed Date*: 02/03/2017<br>*Original Entered Date*: 02/03/2017 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Susan J. Klein<br>*Modified:* |

| | | | |
|---|---|---|---|
| Amount | claimed: | $476395.83 | |

*History:*

| | | | | |
|---|---|---|---|---|
| Details | | 17-1 | 02/03/2017 | Claim #17 filed by 6789 Goldsboro LLC, Amount claimed: $476395.83 (Klein, Susan) |

*Description:*

*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (30184696)<br>U.S. Trustee<br>6305 Ivy Lane #600<br>Greenbelt, MD 20770 | **Claim No: 18**<br>*Original Filed Date*: 06/13/2017<br>*Original Entered Date*: 06/13/2017 | *Status:*<br>*Filed by:* CR<br>*Entered by:* admin<br>*Modified:* |

*History:*

| | | | | |
|---|---|---|---|---|
| Details | | 18-1 | 06/13/2017 | Claim #18 filed by U.S. Trustee, Amount claimed: $325.00 (admin) |

*Description:*

*Remarks:* (18-1) Account Number (last 4 digits):6033

| | | | |
|---|---|---|---|
| Amount | claimed: | $325.00 | |
| Priority | claimed: | $325.00 | |

*History:*

| | | | | |
|---|---|---|---|---|
| Details | | 18-1 | 06/13/2017 | Claim #18 filed by U.S. Trustee, Amount claimed: $325.00 (admin) |

*Description:*

*Remarks:* (18-1) Account Number (last 4 digits):6033

| | | |
|---|---|---|
| *Creditor:* (30193038)<br>McNamee Hosea Jernigan Kim Greenan & Lynch, P.A. **(ADMINISTRATIVE)**<br>6411 Ivy Lane, Suite 200<br>Greenbelt, Maryland 20770 | **Claim No: 19**<br>*Original Filed Date*: 06/20/2017<br>*Original Entered Date*: 06/20/2017<br>*Last Amendment Filed*: 05/26/2020<br>*Last Amendment Entered*: 05/26/2020 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Craig Palik<br>*Modified:* |

| | | | |
|---|---|---|---|
| Admin | claimed: | $197813.40 | |

*History:*

| | | | | |
|---|---|---|---|---|
| Details | | 19-1 | 06/20/2017 | Claim #19 filed by McNamee Hosea Jernigan Kim Greenan & Lynch, P.A., Admin claimed: $203460.90 (Palik, Craig) |
| Details | | 19-2 | 05/26/2020 | Amended Claim #19 filed by McNamee Hosea Jernigan Kim Greenan & Lynch, P.A., Admin claimed: $197813.40 (Palik, Craig) |

*Description:* (19-1) Administrative Priority Claim, Joint Unsecured Claim
(19-2) Allowed Administrative Claim

*Remarks:* (19-2) Joint and Several Unsecured Obligation of Gregory B. Myers and Barbara Ann Kelly

| | | |
|---|---|---|
| *Creditor:* (29476785) History<br>Department of the Treasury<br>Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | **Claim No: 20**<br>*Original Filed Date*: 09/19/2017<br>*Original Entered Date*: 09/19/2017 | *Status:* Disallow 680<br>*Filed by:* TR<br>*Entered by:* Roger Schlossberg<br>*Modified:* |

| | | | |
|---|---|---|---|
| Amount | claimed: | $100000.00 | |

*History:*

| | | | | |
|---|---|---|---|---|
| Details | | 20-1 | 09/19/2017 | Claim #20 filed by Department of the Treasury, Amount claimed: $100000.00 (Schlossberg, Roger) |
| | | 648 | 12/01/2017 | Objection to Claim Number 20 In Re: Department of the Treasury - Internal Revenue Service in the Amount of $100,000.00. Notice Served on 12/1/2017 Filed by Gregory B Myers. Responses due by 1/2/2018. (Attachments: # 1 Exhibit Exhibit A # 2 Exhibit Composite Exhibit B # 3 Exhibit Exhibit C)(Fogarty, Daniel) |
| | | 680 | 01/05/2018 | Order Sustaining Objection and Disallowing Claim 20 (related document(s)648 Objection to Claim Number 20 In Re: Department of the Treasury - Internal Revenue Service in the Amount of $100,000.00 Filed by Debtor Gregory B Myers). (Arter, Laurie) Status: Disallow |

*Description:* (20-1) Erroneous return and failure to properly calculate taxes due

*Remarks:*

# Claims Register Summary

**Case Name:** Gregory B Myers
**Case Number:** 15-26033

**Chapter:** 7
**Date Filed:** 11/18/2015
**Total Number Of Claims:** 20

| | |
|---|---|
| **Total Amount Claimed*** | $14100825.13 |
| **Total Amount Allowed*** | |

*Includes general unsecured claims

**The values are reflective of the data entered. Always refer to claim documents for actual amounts.**

| | Claimed | Allowed |
|---|---|---|
| **Secured** | $13064012.49 | |
| **Priority** | $325.00 | |
| **Administrative** | $197813.40 | |
| **Other** | $1036487.64 | |

---

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 04/17/2021 22:59:15 | | | |
| **PACER Login:** | verstandiglaw:4730504:0 | **Client Code:** | |
| **Description:** | Claims Register | **Search Criteria:** | 15-26033 Filed or Entered From: 1/1/1900 Filed or Entered To: 4/17/2021 |
| **Billable Pages:** | 3 | **Cost:** | 0.30 |