IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

| | | |
|---|---|---|
| In re: | ) | |
| GREGORY B. MYERS, | ) | Case No. 15-26033-MCR |
| Debtor. | ) | (Chapter 7) |
| | ) | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 20th day of April 2021, a copy of the *Trustee's Status Report* was served electronically to those recipients at those email addresses provided on the Electronic Mail Notice List attached hereto and mailed first class mail, postage prepaid to those recipients at those addresses as provided on the Manual Notice List as follows:

**Benjamin Andres**
Gordon & Simmons, LLC
1050 Key Parkway, Suite 101
Frederick, MD 21702

**Bradford F. Englander**
Whiteford Taylor & Preston, LLP
3190 Fairview Park
Suite 800
Falls Church, VA 22042

**H. Jason Gold**
Nelson Mullins Riley & Scarborough LLP
101 Constitution Ave NW
Suite 900
Washington, DC 20001

**Hunter Harman**
Berkshire Hathaway Home Services
Beach Properties of FL
2063 Highway 395 South
Santa Rosa Beach, FL 32459

**IPFS Corporation**
30 Montgomery Street
Suite 1000
Jersey City, NJ 07302

**Barbara Ann Kelly**
4505 Wetherill Rd.
Bethesda, MD 20816

**Gregory B Myers**
700 Gulf Shore Boulevard North
Naples, FL 34102

**Michael K. Myers**
7728 Lee Avenue
Alexandria, VA 22308

**Serv Trust**
3158 Bravertown Street
Suite 206
Edgewater, MD 21037

**Tenants by the Entirety**
Roger Charles Simmons
Gordon & Simmons, LLC
1050 Key Parkway, Suite 101
Frederick, MD 21702

Respectfully submitted,

SCHLOSSBERG MASTRO & SCANLAN

BY: *_/s/ Roger Schlossberg_*

Roger Schlossberg
18421 Henson Boulevard, Suite 201
P.O. Box 2067
Hagerstown, MD 21742-2067
*Attorneys for Trustee*

## Mailing Information for Case 15-26033

**Electronic Mail Notice List** - Parties in the case only

- **Virginia W. Barnhart** Virginia.Barnhart@wbd-us.com, carmen.cisneros@wbd-us.com
- **Hugh M. (UST) Bernstein** hugh.m.bernstein@usdoj.gov
- **Kristine D Brown** LOGSECF@logs.com
- **Daniel R Fogarty** dfogarty.ecf@srbp.com
- **Christopher C. Fogleman** cfogleman@gleason-law.com, sgreen@gleason-law.com;pmorse@gleason-law.com
- **Leah Christina Freedman** bankruptcy@bww-law.com, leah.freedman@bww-law.com
- **Daniel A. Glass** dglass@eckertseamans.com
- **Steven L. Goldberg** sgoldberg@mhlawyers.com, dmoorehead@mhlawyers.com;sgoldberg@ecf.inforuptcy.com;kolivercross@mhlawyers.com
- **Daniel Hodges** hodges@ewmd.com
- **Gregory P. Johnson** gjohnson@offitkurman.com, jjenkins@offitkurman.com
- **Gene Jung** gene.jung@brockandscott.com, mdecf@brockandscott.com;wbecf@brockandscott.com,cecily.perry@brockandscott.com
- **Susan J. Klein** sklein@fftlaw.com, lramsey@fftlaw.com
- **Lynn A. Kohen** lynn.a.kohen@usdoj.gov
- **Kimberly Brooke Lane** kbritt@ecu.org
- **Richard Edwin Lear** richard.lear@hklaw.com, kimi.odonnell@hklaw.com
- **David Ludwig** dludwig@dbllawyers.com, ecf@dbllawyers.com;3295273420@filings.docketbird.com;4854925420@filings.docketbird.com;casedriverecf@casedriver.com;casedriverecfg@gmail.com;csmith@dbllawyers.com
- **Frank J. Mastro** fmastro@schlosslaw.com
- **Stephen A. Metz** smetz@offitkurman.com, mmargulies@offitkurman.com
- **Valerie P. Morrison** val.morrison@nelsonmullins.com, robert.ours@nelsonmullins.com;Dylan.trache@nelsonmullins.com;Jason.gold@nelsonmullins.com
- **Jeffrey M. Orenstein** jorenstein@wolawgroup.com
- **Craig Palik** cpalik@mhlawyers.com, dmoorehead@mhlawyers.com;cpalik@ecf.inforuptcy.com;kolivercross@mhlawyers.com
- **Eric Pelletier** epelletier@offitkurman.com, dramos@offitkurman.com
- **Daniel J. Pesachowitz** dpesacho@siwpc.com, rjones@siwpc.com;bkreferrals@siwpc.com;siwbkecf@siwpc.com;siwpc@ecf.courtdrive.com;siwattecf@siwpc.com
- **Douglas B. Riley** dbriley@tph-law.com
- **John Allen Roberts** jaroberts@semmes.com, cdavis@semmes.com
- **Roger Schlossberg** trustee@schlosslaw.com, MD20@ecfcbis.com
- **Roger Schlossberg** bkcreditor@schlosslaw.com
- **Roger Charles Simmons** rsimmons@gordonsimmons.com, dwise@gordonsimmons.com;jweddle@gordonsimmons.com;cremus@gordonsimmons.com
- **Paul Sweeney** psweeney@yvslaw.com, vmichaelides@yvslaw.com;jschraf@yvslaw.com;jbeckman@yvslaw.com;cadams@yvslaw.com;yvslawcmecf@gmail.com;sweeneypr39990@notify.bestcase.com;pgomez@yvslaw.com;hopkincr39990@notify.bestcase.com
- **Diana C. Theologou** dtheologou@silvermanlegal.com
- **US Trustee - Greenbelt** USTPRegion04.GB.ECF@USDOJ.GOV
- **Diana Carolina Valle** diana.valle@vallelawfirm.com
- **Maurice Belmont VerStandig** mac@mbvesq.com, lisa@mbvesq.com
- **Joshua Welborn** bankruptcymd@mwc-law.com, bankruptcymd@ecf.inforuptcy.com
- **Frances Charlotte Wilburn** fwilburn@offitkurman.com

**Manual Notice List**

The following is the list of **parties** who are **not** on the list to receive e-mail notice/service for this case (who therefore require manual noticing/service). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

**Benjamin Andres**
Gordon & Simmons, LLC
1050 Key Parkway, Suite 101
Frederick, MD 21702

**Bradford F. Englander**
Whiteford Taylor & Preston, LLP
3190 Fairview Park
Suite 800
Falls Church, VA 22042

**H. Jason Gold**
Nelson Mullins Riley & Scarborough LLP
101 Constitution Ave NW
Suite 900
Washington, DC 20001

**Hunter Harman**
Berkshire Hathaway Home Services
Beach Properties of FL
2063 Highway 395 South
Santa Rosa Beach, FL 32459

**IPFS Corporation**
30 Montgomery Street
Suite 1000
Jersey City, NJ 07302

**Barbara Ann Kelly**
4505 Wetherill Rd.
Bethesda, MD 20816

**Gregory B Myers**
700 Gulf Shore Boulevard North
Naples, FL 34102

**Michael K. Myers**
7728 Lee Avenue
Alexandria, VA 22308

**Serv Trust**
3158 Bravertown Street
Suite 206
Edgewater, MD 21037

**Tenants by the Entirety**
Roger Charles Simmons
Gordon & Simmons, LLC
1050 Key Parkway, Suite 101
Frederick, MD 21702

**List of Creditors and Parties**

Back