# EXHIBIT A

IN THE CIRCUIT COURT FOR MONTGOMERY COUNTY, MARYLAND

```
------------------------------X
                              :
BRIAN KING, ET AL.,           :
                              :
          Plaintiffs,         :
                              :
               v.             :        Civil No. 436977
                              :
SERV TRUST, ET AL.,           :
                              :
          Defendants.         :
                              :
------------------------------X
```

EXCERPT FROM HEARING

Rockville, Maryland January 3, 2023

DEPOSITION SERVICES, INC.
P.O. BOX 1040
Burtonsville, Maryland 20866
(301) 881-3344

IN THE CIRCUIT COURT FOR MONTGOMERY COUNTY, MARYLAND

------------------------------X

BRIAN KING, ET AL.,

Plaintiffs,

v. Civil No. 436977

SERV TRUST, ET AL.,

Defendants.

------------------------------X

Rockville, Maryland

January 3, 2023

WHEREUPON, the proceedings in the above-entitled matter commenced

BEFORE: THE HONORABLE DAVID W. LEASE, JUDGE

APPEARANCES:

FOR THE PLAINTIFFS:

MAURICE B. VERSTANDIG, Esq.
9812 Falls Road, No. 114-160
Potomac, Maryland 20854

FOR THE DEFENDANTS:

ERIC PELLETIER, Esq.
FRANCES WILBURN, Esq.
Offit Kurman, P.A.
7501 Wisconsin Avenue, Suite 1000W
Bethesda, Maryland 20814

FRANK J. MASTRO, Esq.
Schlossberg, Mastro & Scanlan
P.O. Box 2067
Hagerstown, Maryland 21742

P R O C E E D I N G S

THE COURT: And under the Frow doctrine you can, either one of two things: you sort of abstain from going forward because you don't want to try it twice, or two, you can enter the judgment, but then it's a non-final judgment because anything that I do today in essence necessarily would be non-final because we don't have, we're not putting all of the claims against all the parties are not getting to an adjudication. So we don't have a final judgment today under any circumstance.

(End of requested portion of the proceeding.)

THE COURT: The reason is sort of I would go forward on their claim today, as opposed to waiting until the defaulting parties, because I don't know when and if Mr. Myers would ever be subject to actual determination in this court, depending on what the bankruptcy courts decide. They could modify the claims or reduce the claims.

(End of requested portion of the proceeding.)

√ Digitally signed by Margaret L. vanEkeren

DIGITALLY SIGNED CERTIFICATE

**DEPOSITION SERVICES, INC.** hereby certifies that the attached pages represent an accurate transcript of the electronic sound recording of the proceedings in the Circuit Court for Montgomery County in the matter of:

Civil No. 436977

BRIAN KING, ET AL.

v.

SERV TRUST, ET AL.

By:



______________________________
Margaret L. vanEkeren
Transcriber