E-FILED; Montgomery Circuit Court 4/18/2023 3:31 PM System System
E-FILED; Montgomery Circuit Court
Docket: 4/18/2023 3:31 PM; Submission: 4/18/2023 3:31 PM

**IN THE CIRCUIT COURT FOR MONTGOMERY COUNTY, MARYLAND**

| | | |
|---|---|---|
| **BRIAN KING, et al,** Plaintiffs, | : | |
| v. | : | **Case No.: 436977V** |
| **SERV TRUST, et al.** Defendants. | : | |

**ORDER**

Upon consideration of the Defendant, Serv Trust's Motion for a New Trial or to Vacate, Alter, or Amend Judgement (filed on January 23, 2023), Defendant Serv Trust's Motion to Stay (filed on February 13, 2023), Plaintiff's Conditional Opposition to Various Motions (filed on February 13, 2023), Defendant Serv Trust's Reply (filed on February 17, 2023), Trustee's Lines Withdrawing Serv Trust's Motions/Responses (filed on February 3rd, 13th, 15th, and 17th 2023), Defendant Serv Trust's Motion to Strike Trustee's Line Withdrawing Serv Trust's Motion (filed on February 6, 2023), the oral arguments made on February 27, 2023, and for the reasons set forth on the record, it is this 18th day of April, 2023, by the Circuit Court for Montgomery County, Maryland, hereby

**ORDERED**, that Defendant, Serv Trust's Motion for a New Trial or to Vacate, Alter, or Amend Judgement is **DENIED**; and it is further

**ORDERED**, Defendant Serv Trust's Motion to Stay is **DENIED as moot**; and it is further

Entered: Clerk, Circuit Court for
Montgomery County, MD
April 18, 2023

**ORDERED**, that Defendant Serv Trust's Motion to Strike Trustee's Line Withdrawing Serv Trust's Motion for a New Trial or to Vacate is **GRANTED**.

David W. Lease, Judge
Circuit Court for Montgomery County, Maryland

Entered: Clerk, Circuit Court for
Montgomery County, MD
April 18, 2023