**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Greenbelt Division)**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| GREGORY B. MYERS, | ) | Case No. 15-26033-MCR |
| | ) | |
| Debtor. | ) | |
| | ) | |

**WITNESS AND EXHIBIT LIST**

Come now Brian King, Cristina King, and Brian King in his capacity as trustee of the Cristina and Brian King Children's Trust, and furnish this list of exhibits to be introduced—and witnesses who may be called to testify—at a hearing on the claim objections filed by Gregory Myers:

**I. Exhibits**

1. Proof of Claim of Brian King (Claims Register #21)
2. Proof of Claim of Cristina King (Claims Register #22)
3. Proof of Claim of the Cristina and Brian King Children's Trust (Claims Register #23)
4. Any exhibits that may be designated by any other party at the subject hearing

**II. Witnesses**

a. Any witness who may be called by any other party at the subject hearing

Respectfully Submitted,

/s/ Maurice B. VerStandig
Maurice B. VerStandig, Esq.
The VerStandig Law Firm, LLC
Bar No. 18071
1452 W. Horizon Ridge Pkwy., #665
Henderson, Nevada 89012
Phone: 301-444-4600
E-mail: mac@mbvesq.com
*Counsel for the King Parties*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 25th day of June 2025, a copy of the foregoing was served electronically upon filing via the ECF system on all counsel who have entered an appearance herein, including:

- Virginia W. Barnhart Virginia.Barnhart@wbd-us.com, carmen.cisneros@wbd-us.com
- Hugh M. (UST) Bernstein hugh.m.bernstein@usdoj.gov
- Kristine D Brown LOGSECF@logs.com
- Daniel R Fogarty dfogarty.ecf@srbp.com
- Daniel A. Glass dglass@eckertseamans.com
- Steven L. Goldberg sgoldberg@mhlawyers.com, sgoldberg@ecf.inforuptcy.com;Goldberg.SteveR92003@notify.bestcase.com;cmartin@mhlawyers.com
- Daniel Hodges hodges@ewmd.com
- Gregory P. Johnson gjohnson@offitkurman.com
- Nikita Rajendra Joshi Nikita.Joshi@bww-law.com, bankruptcy@bww-law.com
- Susan J. Klein sklein@fftlaw.com, lramsey@fftlaw.com
- Lynn A. Kohen lynn.a.kohen@usdoj.gov
- Kimberly Brooke Lane kbritt@ecu.org
- Richard Edwin Lear richard.lear@hklaw.com, kimi.odonnell@hklaw.com;hapi@hklaw.com
- Frank J. Mastro fmastro@schlosslaw.com
- Stephen A. Metz smetz@offitkurman.com, mmargulies@offitkurman.com
- Laurin Howard Mills Laurin@werthermills.com, roussy@samek-law.com
- Valerie P. Morrison val.morrison@nelsonmullins.com, robert.ours@nelsonmullins.com;Dylan.trache@nelsonmullins.com;Jason.gold@nelsonmullins.com
- Jeffrey M. Orenstein jorenstein@wolawgroup.com
- Craig Palik cpalik@mhlawyers.com, cpalik@ecf.inforuptcy.com;Palik.CraigR92003@notify.bestcase.com;mevans@mhlawyers.com;cmartin@mhlawyers.com
- Eric Pelletier epelletier@offitkurman.com, dramos@offitkurman.com
- Daniel J. Pesachowitz dpesacho@siwpc.com, rjones@siwpc.com;bkreferrals@siwpc.com;siwbkecf@siwpc.com;siwpc@ecf.courtdrive.com;siwattecf@siwpc.com
- L. Jeanette Rice Jeanette.Rice@usdoj.gov, USTPRegion04.GB.ECF@USDOJ.GOV
- Douglas B. Riley driley@baldwin-seraina.com
- John Allen Roberts jaroberts@semmes.com, cdavis@semmes.com
- Roger Schlossberg trustee@schlosslaw.com, MD20@ecfcbis.com
- Roger Schlossberg bkcreditor@schlosslaw.com, jkemmerer@schlosslaw.com

- Roger Charles Simmons rsimmons@gordonsimmons.com, dwise@gordonsimmons.com;jdziubla@gordonsimmons.com
- Andrew Leonard Spivack andrew.spivack@brockandscott.com, wbecf@brockandscott.com
- Paul Sweeney psweeney@yvslaw.com, jbeckman@yvslaw.com;pgomez@yvslaw.com;cadams@yvslaw.com;sweeneypr39990@notify.bestcase.com;r39990@notify.bestcase.com;vmichaelides@yvslaw.com
- Diana C. Theologou dtheologou@mtglaw.com
- US Trustee - Greenbelt USTPRegion04.GB.ECF@USDOJ.GOV
- Diana Carolina Valle diana.valle@vallelawfirm.com, 3517448420@filings.docketbird.com
- Maurice Belmont VerStandig mac@mbvesq.com, lisa@mbvesq.com;mahlon@dcbankruptcy.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email
- Joshua Welborn bankruptcymd@mwc-law.com, ftr432@aol.com
- Frances Charlotte Wilburn fwilburn@offitkurman.com

/s/ Maurice B. VerStandig
Maurice B. VerStandig, Esq.