$0 TA

USBC-MD G FILED 25 JUN '25 PM3:5

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Greenbelt Division)**

In re:

GREGORY B. MYERS

Debtor.

Case No. 15-26033-MCR
Chapter 7

______________________ /

**NOTICE OF APPEAL** [1]

Debtor, GREGORY B. MYERS, appeals to the United States District Court for the District of Maryland from the following orders entered by the United States Bankruptcy Court for the District of Maryland in Case No. 15-26033-MCR:

1. *Order Denying Debtor's Motion To Strike Trustee's Motion For Approval Of Proposed Compromise And Settlement With Brian King, Cristina King, And The Cristina And Brian King Children's Trust* (Doc. 1028); and

2. *Order Granting Motion For Approval Of Proposed Compromise And Settlement With Brian King, Cristina King, And The Cristina And Brian King Children's Trust* (Doc. 1029).

The parties to this appeal are as follows:

Appellant: Gregory B. Myers

Appellee: Roger Schlossberg, Chapter 7 Trustee

Counsel:
Frank J. Mastro
Roger Schlossberg
Schlossberg & Mastro
18421 Henson Blvd., Suite 201
Hagerstown, MD 21742

---

[1] See *Capron v. Van Noorden*, 6 U.S. 126 (1804).



2

Appellee: Brina King
Appellee: Cristina King
Appellee: Cristina and Brian King Children's Trust

Counsel:
Maurice B. VerStandig, Esq.
The VerStandig Law Firm, LLC
1452 W. Horizon Ridge Pkwy., Suite 665
Henderson, NV 89012

Dated: June 25, 2025.

Gregory B. Myers, *pro se*
700 Gulf Shore Blvd. N.
Naples, Florida 34102
(301) 325-2312
gregbmyers@verizon.net

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on June 25, 2025, a copy of the foregoing was furnished to the following parties:

Roger Schlossberg
Frank J. Mastro
P.O. Box 2017
Hagerstown, MD 21742-2017

Maurice B. VerStandig, Esq.
The VerStandig Law Firm, LLC
1452 W. Horizon Ridge Pkwy., Suite 665
Henderson, NV 89012

Gregory B. Myers, *pro se*