**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**at Greenbelt**

In re: Case No.: **15−26033 − MCR** Chapter: **7**

**Gregory B Myers**
Debtor

# NOTICE

Virtual hearing − For hearing access information see www.mdb.uscourts.gov/hearings or call 410−962−2688.

PLEASE TAKE NOTICE that an ORAL RULING will be held on 7/3/25 at 10:00 AM regarding:

1051 − Objection to Claim Number 22 and Request for a Evidentiary Hearing In Re: Cristina King in the Amount of $0.00. Notice Served on 5/6/2025 Filed by Gregory B Myers . Responses due by 6/5/2025. (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C # 4 Exhibit D # 5 Exhibit E)(Horning, Kelly)

1052 − Objection to Claim Number 23 and Request for a Evidentiary Hearing In Re: Cristina and Brian King Children's Trust c/o The VerStandig Law Firm, LLC in the Amount of $0.00. Notice Served on 5/6/2025 Filed by Gregory B Myers . Responses due by 6/5/2025. (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C # 4 Exhibit D # 5 Exhibit E)(Horning, Kelly)

1053 − Objection to Claim Number 21 and Request for Evidentiary Hearing In Re: Brian King in the Amount of $0.00. Notice Served on 5/6/2025 Filed by Gregory B Myers . Responses due by 6/5/2025. (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C # 4 Exhibit D # 5 Exhibit E # 6 Exhibit F)(Horning, Kelly)

1060 − Opposition on behalf of Cristina King, Brian King Filed by Maurice Belmont VerStandig (related document(s)1051 Objection to Claim filed by Debtor Gregory B Myers, 1052 Objection to Claim filed by Debtor Gregory B Myers, 1053 Objection to Claim filed by Debtor Gregory B Myers). (Attachments: # 1 Proposed Order) (VerStandig, Maurice)

**NOTICE TO MOVING PARTY**

**A service list or certificate of service regarding parties noticed by the court may be obtained through CM/ECF or PACER. If you believe that a party entitled to notice is not listed, please provide notice to that party forthwith and file an appropriate certification with the Clerk's office.**

Dated: 7/2/25

Mark A. Neal, Clerk of Court
by Courtroom Deputy Clerk, Jennifer Whitfield
301−344−0585