**WIL, CLOSED**

# U.S. Bankruptcy Court
# District of Maryland (Greenbelt)
# Adversary Proceeding #: 19-00427

*Assigned to:* Judge Maria Ellena Chavez-Ruark
*Lead BK Case:* 15-26033
*Lead BK Title:* Gregory B Myers
*Lead BK Chapter:* 7
*Demand:*

*Date Filed:* 11/13/19
*Date Terminated:* 12/20/19
*Date Removed From State:* 11/13/19
*Case Administrator :* Laurie Arter
*Team Phone:* 301-344-3965

*Nature[s] of Suit:* 01 Determination of removed claim or cause

***Plaintiff***
-----------------------

**Gregory B Myers**
700 Gulf Shore Boulevard North
Naples, FL 34102
SSN / ITIN: xxx-xx-0074

represented by **Benjamin Andres**
Gordon & Simmons, LLC
1050 Key Parkway, Suite 101
Frederick, MD 21702
301-662-9122
Email: bandres@gordonsimmons.com
*LEAD ATTORNEY*

**Roger Charles Simmons**
Gordon & Simmons, LLC
1050 Key Parkway
Suite 101
Frederick, MD 21702
301-662-9122
Fax : 301-698-0392
Email: rsimmons@gordonsimmons.com
*LEAD ATTORNEY*

**Maurice Belmont VerStandig**
The VerStandig Law Firm, LLC
9812 Falls Road
#114-160
Potomac, MD 20854
301-444-4600
Email: mac@mbvesq.com

V.

***Defendant***
-----------------------

**Brian King**

represented by **Brian King**

c/o The VerStandig Law Firm, LLC
9812 Falls Road, #114-160
Potomac, MD 20854

PRO SE

***Defendant***
**-----------------------**

**Cristina King**
c/o The VerStandig Law Firm, LLC
9812 Falls Road, #114-160
Potomac, MD 20854

represented by **Cristina King**
PRO SE

***Defendant***
**-----------------------**

**Cristina and Brian King Children's Trust**
c/o The VerStandig Law Firm, LLC`
9812 Falls Road, #114-160
Potomac, MD 20854

represented by **Cristina and Brian King Children's Trust**
PRO SE

***Defendant***
**-----------------------**

**6789 Goldsboro, LLC**
4800 Montgomery Lane
9th Floor
Bethesda, MD 20814
2405071700
Fax : 2405071735
Email: epelletier@offitkurman.com

represented by **6789 Goldsboro, LLC**
PRO SE

***Defendant***
**-----------------------**

**Vevita Leon**
c/o The VerStandig Law Firm, LLC
9812 Falls Road
#114-160
Potomac, MD 20854

represented by **Vevita Leon**
PRO SE

***Defendant***
**-----------------------**

**Timothy Lynch**
Offit Kurman, P.A.
8171 Maple Lawn Boulevard
Suite 200
Fulton, MD 20759
Email: tlynch@offitkurman.com

represented by **Timothy Lynch**
PRO SE

| | |
|---|---|
| ***Defendant***<br>**-----------------------**<br>**Offit Kurman, P.A.**<br>8171 Maple Lawn Blvd.<br>Maple Lawn, MD 20759<br>443-738-1515 | represented by **Offit Kurman, P.A.**<br>PRO SE |
| ***Defendant***<br>**-----------------------**<br>**Eric Pelletier**<br>Offit Kurman, P.A.<br>9800 Montgomery Lane<br>9th Floor<br>Bethesda, MD 20854<br>Email: epelletier@offitkurman.com | represented by **Eric Pelletier**<br>PRO SE |
| ***Defendant***<br>**-----------------------**<br>**Frances C. Wilburn**<br>c/o Offit Kurman<br>4800 Montgomery Lane<br>9th Floor<br>Bethesda, MD 20814<br>240-507-1700<br>Email: fwilburn@offitkurman.com | represented by **Frances C. Wilburn**<br>PRO SE |
| ***Defendant***<br>**-----------------------**<br>**Gregory P. Johnson**<br>Offit Kurman, P.A<br>4800 Montgomery Lane<br>9th Floor<br>Bethesda, MD 20814<br>(240) 507-1700<br>Email: gjohnson@offitkurman.com | represented by **Gregory P. Johnson**<br>PRO SE |
| ***Defendant***<br>**-----------------------**<br>**Serv Trust**<br>Roger Charles Simmons<br>Gordon & Simmons, LLC<br>1050 Key Parkway, Suite 101<br>Frederick, MD 21702 | represented by **Serv Trust**<br>PRO SE |

***Defendant***

**-----------------------**

**The VerStandig Law Firm, LLC**
9812 Falls Road, #114-160
Potomac, MD 20854

represented by **The VerStandig Law Firm, LLC**
PRO SE

***Defendant***

**-----------------------**

**Maurice VerStandig**
c/o The VerStandig Law Firm, LLC
9812 Falls Road, #114-160
Potomac, MD 20854

represented by **Maurice VerStandig**
PRO SE

| **Case Related Information** | | | |
|---|---|---|---|
| Associated Cases | No Claims | Related Transactions | Select a Sub-Docket<br>View<br>show related transactions |
| Pending Matters | No Pending Deadlines | No Pending Hearings | Key Dates |
| EOrders:<br>No Activity No Signed<br>Upload Log | Party | Case Opening Fees All Fees | |

| **Filing Date** | **#** | **Select all / clear** | **Docket Text** |
|---|---|---|---|
| 02/20/2020 | 10 | | BNC Certificate of Mailing - PDF Document. (related document(s)9 BNC Recreated Order/Notice). No. of Notices: 2. Notice Date 02/20/2020. (Admin.) (Entered: 02/21/2020) |
| 02/18/2020 | 9 | | Resend Order/Notice to BNC (related document(s)5 Order (Generic)). (Hegerle, Robert) (Entered: 02/18/2020) |
| 12/20/2019 | | | Adversary Case 0:19-ap-427 Closed. (Arter, Laurie) (Entered: 12/20/2019) |
| 12/07/2019 | 8 | | BNC Certificate of Mailing - PDF Document. (related document(s)5 Order (Generic)). No. of Notices: 17. Notice Date 12/07/2019. (Admin.) (Entered: 12/08/2019) |

| | | | |
|---|---|---|---|
| 12/07/2019 | 7 | ☐ | BNC Certificate of Mailing - PDF Document. (related document(s)6 BNC Recreated Order/Notice). No. of Notices: 1. Notice Date 12/07/2019. (Admin.) (Entered: 12/08/2019) |
| 12/05/2019 | 6 | ☐ | Resend Order/Notice to BNC (related document(s)5 Order (Generic)). Documents sent to Circuit Court for Montgomery County, Maryland. (Arter, Laurie) (Entered: 12/05/2019) |
| 12/05/2019 | 5 | ☑ | Order Remanding Case (related document(s)1 Notice of Removal filed by Plaintiff Gregory B Myers). Case is remanded to the Circuity Court for Montgomery County, Maryland. (Arter, Laurie) (Entered: 12/05/2019) |
| 12/03/2019 | 4 | ☑ | Notice of Voluntary Dismissal of Counter-Complaint and Third-Party Complaint Filed by Gregory B Myers. (Attachments: # 1 Proposed Order)(Arter, Laurie). (Related document(s) 1 Notice of Removal of State Court Litigation Based on Third Party Complaint Filed by Gregory B Myers) Modified on 12/4/2019. Text enhanced per title of pleading. (Arter, Laurie). (Entered: 12/04/2019) |
| 12/03/2019 | 3 | ☐ | PLEASE DISREGARD; WRONG EVENT CODE USED. SEE 4 FOR CORRECTION. Notice of Voluntary Dismissal Filed by Gregory B Myers. (Attachments: # 1 Proposed Order) (Simmons, Roger) Modified on 12/4/2019 (Arter, Laurie). (Entered: 12/03/2019) |
| 11/13/2019 | 2 | | Receipt of filing fee for Notice of Removal(19-00427) [cmp,ntcrmvl] ( 350.00). Receipt number 35877146. Fee amount 350.00 (re: Doc # 1) (U.S. Treasury) (Entered: 11/13/2019) |
| 11/13/2019 | 1 | ☑ | Adversary case 19-00427. (01 (Determination of removed claim or cause)) Notice of Removal of State Court Litigation Based on Third Party Complaint Filed by Gregory B Myers. Fee Amount $350. (Attachments: # 1 Exhibit A - Consent to Removal # 2 Exhibit B - Third Party Complaint) (VerStandig, Maurice) (Entered: 11/13/2019) |

View Selected
or
Download Selected