**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MARYLAND**
**GREENBELT DIVISION**

| | | |
|---|---|---|
| BRIAN KING , *et al.* | : | |
| Plaintiffs, | : | Case No. ________________ |
| v. | : | State Court Case No. 436977-V |
| SERV TRUST, *a Maryland Statutory Trust, et al.* | : | |
| Defendants. | : | |

---

| | | |
|---|---|---|
| 6789 GOLDSBORO LLC, | : | |
| Plaintiff, | : | |
| v. | : | State Court Case No. 451611-V (Consolidated) |
| SERV TRUST, *et al.* | : | |
| Defendants | : | |

---

| | | |
|---|---|---|
| GREGORY B. MYERS. | : | |
| Defendant, Counterclaimant, and Third Party Plaintiff | : | |
| | : | State Court Case Nos. 436977-V and 451611-V |
| v. | : | |
| BRIAN KING, CRISTINA KING, CRISTINA AND BRIAN KING CHILDREN'S TRUST, 6789 GOLDSBORO LLC | : | |
| | : | |
| Counter Defendants | | |
| | : | |
| and | | |
| | : | |
| MAURICE VERSTANDIG, THE VERSTANDIG LAW FIRM, LLC, TIMOTHY C. LYNCH, FRANCES WILBURN, ERIC PELLETIER, GREGORY JOHNSON, VEVITA LEON, OFFIT KURMAN, P.A. | : | |
| | : | |

Third Party Defendants :

## NOTICE OF REMOVAL

Comes now Maurice VerStandig, in his personal capacity, pursuant to Sections 1334 and 1452 of Title 11 of the United States Code, Federal Rule of Bankruptcy Procedure 9027, United States District Court for the District of Maryland Local Rule 402, and Local Rule 407 of this Honorable Court, and gives notice of his removal of the above-captioned matter from the Circuit Court for Montgomery County, Maryland to the United States Bankruptcy Court for the District of Maryland, and in support thereof states as follows:

1. On November 7, 2019, Gregory Myers ("Mr. Myers" or the "Debtor"), through counsel, filed a third party claim and counterclaim in the above-captioned litigation, bringing suit against Brian King, Cristina King, the Cristina and Brian King Children's Trust, Timothy Lynch, Vevita Leon, Maurice VerStandig, The VerStandig Law Firm, LLC, Eric Pelletier, Frances Wilburn, Gregory Johnson, and Offit Kurman, P.A. (collectively, the "Myers Defendants") for allegedly violating Section 362 of Title 11 of the United States Code (the "Third Party Complaint").

2. Specifically, the Third Party Complaint alleges the Myers Defendants, by proceeding in connection with the above-captioned lawsuit, violated the automatic stay pending in Case No. 15-26033 in this Honorable Court (the "Myers Bankruptcy"), and seeks damages from the Myers Defendants for so doing.

3. I am one of the Myers Defendants and have been serving as counsel for various other Myers Defendants in this case; I was not personally a party to this case before the Third Party Complaint was docketed and, as such, have not been a party to this case for more than thirty (30) days. No documents in this case, whatsoever, have been served on me in my personal

capacity (though many have, of course, been served on me in my professional capacity as counsel to various parties).

4. I am yet to be served with the Third Party Complaint, but first came into possession of a copy thereof on November 12, 2019, and this notice of removal is thus timely filed in accord with the mandate of Federal Rule of Bankruptcy Procedure 9027(a)(3).

5. Inasmuch as the Third Party Complaint (i) alleges a violation of Title 11 of the United States Code; and (ii) alleges such violation in connection with the pendency of the Myers Bankruptcy, the Third Party Complaint is a case "arising under title 11, or arising in or related to cases under title 11," as set forth in Section 1334(b) of Title 28 of the United States Code.

6. As the Third Party Complaint falls within the confines of Section 1334 of Title 28 of the United States Code, it may be removed "to the district court for the district where such civil action is pending," pursuant to Section 1452 of Title 28 of the United States Code.

7. While this removal is not undertaken pursuant solely to Section 1441(a) of Title 28 of the United States Code, all Myers Defendants nonetheless consent to the removal of this action, as noted on the e-mails attached hereto as Exhibit A.

8. Pursuant to United States District Court for the District of Maryland Local Rule 402, "all cases under Title 11 of the United States Code and proceedings arising under Title 11 or arising in or related to cases under Title 11 shall be deemed to be referred to the bankruptcy judges of this District."

9. Pursuant to Local Rule 407 of this Honorable Court, "Removals under 28 U.S.C. § 1452 or § 1441 in cases related to bankruptcy cases should be filed with the Bankruptcy Clerk," and this notice of removal is thus docketed with the United States Bankruptcy Court for the District of Maryland.

10. Pursuant to Federal Rule of Bankruptcy Procedure 9027(a)(1), I consent to entry of final orders or judgment by the United States Bankruptcy Court for the District of Maryland.

11. There are at least 236 docket entries in the case being removed; none have been served upon me in my personal capacity as of yet, but my office is in the process of marshaling all such docket entries and will docket them herewith within thirty (30) days, as allowed by United States District Court for the District of Maryland Local Rule 103(5)(a); a copy of the Third Party Complaint is attached hereto as Exhibit B.

Respectfully submitted,

/s/ Maurice B. VerStandig
Maurice B. VerStandig, Esq.
Bar No. 18071
9812 Falls Road, #114-160
Potomac, Maryland 20854
Phone: 301-444-4600
Facsimile: 301-576-6885
E-mail: mac@mbvesq.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 13th day of November, 2019, I caused a true and correct copy of the foregoing to be served upon the following persons via First Class Mail, postage prepaid:

Dominic J. Souza, Esq.
Souza LLC
2543 Housley Road
Annapolis, Maryland 21401
*Counsel for Serv Trust*

Eric Pelletier, Esq.
Offit Kurman, P.A.
4800 Montgomery Lane, Suite 900
Bethesda, Maryland 20814
*Counsel for 6789 Goldsboro LLC*

Frank Mastro, Esq.
Schlossberg Mastro & Scanlan
P.O. Box 2067

Hagerstown, MD 21742
*Counsel for the Chapter 7 Trustee of the Bankruptcy Estate of Gregory B. Myers*

Benjamin J. Andres, Esq.
Gordon & Simmons, LLC
1050 Key Parkway, Suite 101
Frederick, Maryland 21702
*Counsel for Mr. Myers*

Eric Pelletier, Esq.
Timothy Lynch, Esq.
Gregory Johnson, Esq.
Frances Wilburn, Esq.
Offit Kurman, P.A.
4800 Montgomery Lane, Suite 900
Bethesda, Maryland 20814

The VerStandig Law Firm, LLC
9812 Falls Road, #114-160
Potomac, Maryland 20854

Brian King
c/o The VerStandig Law Firm, LLC
9812 Falls Road, #114-160
Potomac, Maryland 20854

Cristina King
c/o The VerStandig Law Firm, LLC
9812 Falls Road, #114-160
Potomac, Maryland 20854

Cristina and Brian King Children's Trust
c/o The VerStandig Law Firm, LLC
9812 Falls Road, #114-160
Potomac, Maryland 20854

Vevita Leon
c/o The VerStandig Law Firm, LLC
9812 Falls Road, #114-160
Potomac, Maryland 20854

/s/ Maurice B. VerStandig
Maurice B. VerStandig, Esq.