**Mac VerStandig**

**From:** Pelletier, Eric <epelletier@offitkurman.com>
**Sent:** Tuesday, November 12, 2019 1:04 PM
**To:** Mac VerStandig
**Subject:** RE: Myers v. King, et al

And I omitted to submit my client's consent which I have, for 6789 Goldsboro, LLC, which you now have. You have Goldsboro's consent.

Eric Pelletier

**Offit | Kurman®**
Attorneys at law

240.507.1739 Washington
240.507.1735 Facsimile
www.offitkurman.com

4800 Montgomery Lane | 9th Floor | Bethesda, MD 20814

**PRIVILEGED COMMUNICATION/PRIVACY NOTICE**
Information contained in this transmission is attorney-client privileged and confidential. It is solely intended for use by the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone and delete this communication.

**IRS CIRCULAR 230 DISCLOSURE**
To ensure compliance with requirements imposed by the IRS, we inform you that any US federal tax advice contained in this communication (including any attachments) is not intended or written to be used and cannot be used for the purpose of (a) avoiding penalties under the Internal Revenue Code or (b) promoting, marketing or recommending to another party any transaction or matter addressed herein.

---

**From:** Pelletier, Eric
**Sent:** Tuesday, November 12, 2019 4:00 PM
**To:** Mac VerStandig <mac@mbvesq.com>
**Subject:** RE: Myers v. King, et al

Third Party Defendants Offit Kurman, P.A., Timothy C. Lynch, Gregory Johnson, Frances Wilburn (with whom I have spoken, and have been given authorization to speak for ), and Eric Pelletier consent.

Eric Pelletier

**Offit | Kurman®**

Attorneys at law

240.507.1739 Washington
240.507.1735 Facsimile
www.offitkurman.com

4800 Montgomery Lane | 9th Floor | Bethesda, MD 20814

**PRIVILEGED COMMUNICATION/PRIVACY NOTICE**
Information contained in this transmission is attorney-client privileged and confidential. It is solely intended for use by the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone and delete this communication.

**IRS CIRCULAR 230 DISCLOSURE**
To ensure compliance with requirements imposed by the IRS, we inform you that any US federal tax advice contained in this communication (including any attachments) is not intended or written to be used and cannot be used for the purpose of (a) avoiding penalties under the Internal Revenue Code or (b) promoting, marketing or recommending to another party any transaction or matter addressed herein.

---

**From:** Mac VerStandig <mac@mbvesq.com>
**Sent:** Tuesday, November 12, 2019 2:34 PM
**To:** Pelletier, Eric <epelletier@offitkurman.com>
**Subject:** Myers v. King, et al

Mr. Pelletier,

Please confirm that Offit Kurman and the various attorneys associated there's with consent to the removal of this matter to federal court.

Thanks,

Maurice "Mac" VerStandig, Esq.
The VerStandig Law Firm, LLC
9812 Falls Road, #114-160
Potomac, Maryland 20854
Phone: (301)444-4600
Cell: (240)351-6442
Facsimile: (301)576-6885
mac@mbvesq.com
Twitter: @mac_verstandig

**PRIVILEGED COMMUNICATION/PRIVACY NOTICE**
Information contained in this transmission is attorney-client privileged and confidential. It is solely intended for use by the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone and delete this communication.

**TAX ADVICE NOTICE**
Any tax advice included in this communication may not contain a full description of all relevant facts or a complete analysis of all relevant tax issues or authorities. This communication is solely for the intended recipient's benefit and may not be relied upon by any other person or entity.

**PRIVILEGED COMMUNICATION/PRIVACY NOTICE**
Information contained in this transmission is attorney-client privileged and confidential. It is solely intended for use by the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone and delete this communication.

Any tax advice included in this communication may not contain a full description of all relevant facts or a complete analysis of all relevant tax issues or authorities. This communication is solely for the intended recipient's benefit and may not be relied upon by any other person or entity.

## Mac VerStandig

**From:** brian@realestatedimensions.com
**Sent:** Tuesday, November 12, 2019 12:23 PM
**To:** Mac VerStandig
**Subject:** RE: Myers v. King, et al.

Mac,

You have my consent, Mrs. King's consent, and consent of the Chrildrens Trust in my capacity as a trustee, to the removal of the above-referenced matter to federal court.

Brian

---

**From:** Mac VerStandig <mac@mbvesq.com>
**Sent:** Tuesday, November 12, 2019 2:52 PM
**To:** Brian King <brian@realestatedimensions.com>
**Subject:** Myers v. King, et al.

Brian,

Please confirm that you, Mrs. King, and the trustees of the children's trust consent to my removal of the above-referenced matter to federal court.

By design, no attorney/client privileged matter is set forth in this email.

Regards,

Maurice "Mac" VerStandig, Esq.
The VerStandig Law Firm, LLC
9812 Falls Road, #114-160
Potomac, Maryland 20854
Phone: (301)444-4600
Cell: (240)351-6442
Facsimile: (301)576-6885
mac@mbvesq.com
Twitter: @mac_verstandig

**PRIVILEGED COMMUNICATION/PRIVACY NOTICE**
Information contained in this transmission is attorney-client privileged and confidential. It is solely intended for use by the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone and delete this communication.

**TAX ADVICE NOTICE**
Any tax advice included in this communication may not contain a full description of all relevant facts or a complete analysis of all relevant tax issues or authorities. This communication is solely for the intended recipient's benefit and may not be relied upon by any other person or entity.

**Mac VerStandig**

**From:** Pelletier, Eric <epelletier@offitkurman.com>
**Sent:** Tuesday, November 12, 2019 1:00 PM
**To:** Mac VerStandig
**Subject:** RE: Myers v. King, et al

Third Party Defendants Offit Kurman, P.A., Timothy C. Lynch, Gregory Johnson, Frances Wilburn (with whom I have spoken, and have been given authorization to speak for ), and Eric Pelletier consent.

Eric Pelletier

**Offit | Kurman®**
Attorneys at law

240.507.1739 Washington
240.507.1735 Facsimile
www.offitkurman.com

4800 Montgomery Lane | 9th Floor | Bethesda, MD 20814

**PRIVILEGED COMMUNICATION/PRIVACY NOTICE**
Information contained in this transmission is attorney-client privileged and confidential. It is solely intended for use by the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone and delete this communication.

**IRS CIRCULAR 230 DISCLOSURE**
To ensure compliance with requirements imposed by the IRS, we inform you that any US federal tax advice contained in this communication (including any attachments) is not intended or written to be used and cannot be used for the purpose of (a) avoiding penalties under the Internal Revenue Code or (b) promoting, marketing or recommending to another party any transaction or matter addressed herein.

---

**From:** Mac VerStandig <mac@mbvesq.com>
**Sent:** Tuesday, November 12, 2019 2:34 PM
**To:** Pelletier, Eric <epelletier@offitkurman.com>
**Subject:** Myers v. King, et al

Mr. Pelletier,

Please confirm that Offit Kurman and the various attorneys associated there's with consent to the removal of this matter to federal court.

Thanks,

Maurice "Mac" VerStandig, Esq.

The VerStandig Law Firm, LLC
9812 Falls Road, #114-160
Potomac, Maryland 20854
Phone: (301)444-4600
Cell: (240)351-6442
Facsimile: (301)576-6885
mac@mbvesq.com
Twitter: @mac_verstandig

**PRIVILEGED COMMUNICATION/PRIVACY NOTICE**
Information contained in this transmission is attorney-client privileged and confidential. It is solely intended for use by the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone and delete this communication.

**TAX ADVICE NOTICE**
Any tax advice included in this communication may not contain a full description of all relevant facts or a complete analysis of all relevant tax issues or authorities. This communication is solely for the intended recipient's benefit and may not be relied upon by any other person or entity.

---

**PRIVILEGED COMMUNICATION/PRIVACY NOTICE**
Information contained in this transmission is attorney-client privileged and confidential. It is solely intended for use by the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone and delete this communication.

Any tax advice included in this communication may not contain a full description of all relevant facts or a complete analysis of all relevant tax issues or authorities. This communication is solely for the intended recipient's benefit and may not be relied upon by any other person or entity.

**Mac VerStandig**

**From:** Tina King <kingsinyork@gmail.com>
**Sent:** Tuesday, November 12, 2019 1:38 PM
**To:** Brian King; Mac VerStandig
**Subject:** Re: Myers v. King, et al.

Dear Brian,
I consent that this matter to removed to federal court.
Best,

Tina King

On Nov 12, 2019, at 2:56 PM, <brian@realestatedimensions.com> <brian@realestatedimensions.com> wrote:

Tina,

Can you let me know that I can give Mac your approval for the removal of the above-referenced matter back to federal court? I will respond to him.

Brian

---

**From:** Mac VerStandig <mac@mbvesq.com>
**Sent:** Tuesday, November 12, 2019 2:52 PM
**To:** Brian King <brian@realestatedimensions.com>
**Subject:** Myers v. King, et al.

Brian,

Please confirm that you, Mrs. King, and the trustees of the children's trust consent to my removal of the above-referenced matter to federal court.

By design, no attorney/client privileged matter is set forth in this email.

Regards,

Maurice "Mac" VerStandig, Esq.
The VerStandig Law Firm, LLC
9812 Falls Road, #114-160
Potomac, Maryland 20854
Phone: (301)444-4600
Cell: (240)351-6442
Facsimile: (301)576-6885
mac@mbvesq.com
Twitter: @mac_verstandig

**PRIVILEGED COMMUNICATION/PRIVACY NOTICE**

**I**nformation contained in this transmission is attorney-client privileged and confidential. It is solely intended for use by the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone and delete this communication.

**TAX ADVICE NOTICE**

Any tax advice included in this communication may not contain a full description of all relevant facts or a complete analysis of all relevant tax issues or authorities. This communication is solely for the intended recipient's benefit and may not be relied upon by any other person or entity.

**Mac VerStandig**

**From:** Vita Leon <vevita.leon@gmail.com>
**Sent:** Tuesday, November 12, 2019 1:30 PM
**To:** brian@realestatedimensions.com
**Cc:** Mac VerStandig
**Subject:** Re: Myers v. King, et al.

Dear Mr. VerStanding,
I consent that this matter be removed back to federal court.
Best,
Vevita León

Sent from my iPhone

On Nov 12, 2019, at 4:06 PM, brian@realestatedimensions.com wrote:

Vevita,

Can you please respond in your capacity as trustee for the King Chrildrens Trust if you consent to the removal of the above-referenced matter to federal court?

Brian

---

**From:** Mac VerStandig <mac@mbvesq.com>
**Sent:** Tuesday, November 12, 2019 2:52 PM
**To:** Brian King <brian@realestatedimensions.com>
**Subject:** Myers v. King, et al.

Brian,

Please confirm that you, Mrs. King, and the trustees of the children's trust consent to my removal of the above-referenced matter to federal court.

By design, no attorney/client privileged matter is set forth in this email.

Regards,

Maurice "Mac" VerStandig, Esq.
The VerStandig Law Firm, LLC
9812 Falls Road, #114-160
Potomac, Maryland 20854
Phone: (301)444-4600
Cell: (240)351-6442
Facsimile: (301)576-6885
mac@mbvesq.com
Twitter: @mac_verstandig

**PRIVILEGED COMMUNICATION/PRIVACY NOTICE**
**I**nformation contained in this transmission is attorney-client privileged and confidential. It is solely intended for use by the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone and delete this communication.

**TAX ADVICE NOTICE**
Any tax advice included in this communication may not contain a full description of all relevant facts or a complete analysis of all relevant tax issues or authorities. This communication is solely for the intended recipient's benefit and may not be relied upon by any other person or entity.

VerStandig
LAW FIRM

Maurice B. VerStandig, Esq.
Sender's Direct Dial: (301)444-4600
Sender's E-mail: mac@mbvesq.com

November 13, 2019

**<u>VIA ELECTRONIC MAIL</u>**
Maurice B. VerStandig
9812 Falls Road, #114-160
Potomac, Maryland 20854

**Re: Cases 436977-V and 451611-V (Circuit Court for Montgomery County)**

As the sole member of The VerStandig Law Firm, LLC, and being authorized to act on behalf of The VerStandig Law Firm, LLC, I do hereby consent to the removal of the above-referenced matter to the United States Bankruptcy Court for the District of Maryland.

Sincerely,

Maurice "Mac" VerStandig, Esq.
*Managing Member*