**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MARYLAND**
**GREENBELT DIVISION**

| | | |
|---|---|---|
| BRIAN KING, et al., | : | **Case No.: 19-00427** |
| Plaintiffs, | : | |
| v. | : | State Court Case No. 436977-V |
| SERV TRUST, et al,. | : | |
| Defendants, | | |

---

| | | |
|---|---|---|
| 6789 GOLDSBORO LLC, | : | |
| Plaintiff, | : | |
| v. | : | State Court Case No. 451611-V |
| SERV TRUST, et al,. | : | |
| Defendants, | | |

---

| | |
|---|---|
| GREGORY B. MYERS, | : |
| Counter-Plaintiff, | : |

| | | |
|---|---|---|
| v. | | State Court Case No. 436977-V |
| | : | |
| BRIAN KING, et al., | | |
| | : | |
| Counter-Defendants, | | |
| | : | |
| and | | |
| | : | |
| TIMOTHY LYNCH, et al., | | |
| | : | |
| Third-Party Defendants | | |

**<u>ORDER DISMISSING</u>**
**<u>COUNTER-COMPLAINT AND THIRD-PARTY COMPLAINT</u>**

Pursuant to Counter-Plaintiff Gregory B. Myers's Notice of Voluntary Dismissal, and in accordance with F. R. Civ. P. 41, and F. R. Bankr. P. 7041, it is, this ___ day of December, 2019, by the United States Bankruptcy Court for the District of Maryland, hereby:

ORDERED that the Counter-Complaint and Third-Party Complaint filed by Gregory B. Myers is DISMISSED WITHOUT PREJUDICE.

_______________________________
JUDGE of the United States Bankruptcy Court
For the District of Maryland
Greenbelt Division.