Entered: March 13th, 2024
Signed: March 13th, 2024

The Court has considered the plaintiffs' response to the show cause order and welcomes the parties' settlement discussions. However, this does not excuse the plaintiffs from filing proof of service under Bankruptcy Rule 7004(e) and Local Bankruptcy Rule 7004-1. The plaintiffs are directed to file proof of service by March 20, 2024.

NOT AN ORDER

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**at Greenbelt**

In re: Case No.: **15−26033 − MCR** Chapter: **7** Adversary No.: **24−00007**

**Gregory B Myers**
Debtor

**Brian King**
Plaintiff

vs.

**Roger Schlossberg**
Defendant

## ORDER DISSOLVING SHOW CAUSE ORDER AFTER RESPONSE

Upon consideration of the response filed by Plaintiffs Cristina and Brian King Children's Trust, Brian King, Cristina King, to Show Cause Order, and good cause having been shown, it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that the Show Cause Order entered February 27, 2024, is hereby DISSOLVED.

cc: Plaintiff

Attorney for Plaintiff − Maurice Belmont VerStandig

Defendant

Attorney for Defendant − PRO SE

**End of Order**

39x12 (rev. 05/31/1990) − LaurieArter