IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

| | | |
|---|---|---|
| In re:<br>GREGORY B. MYERS,<br>Debtor. | ) | Case No. 15-26033-MCR<br>(Chapter 7) |
| BRIAN KING, *et al.*,<br>Plaintiffs, | ) | |
| v. | ) | Adv. No.: 24-00007 |
| ROGER SCHLOSSBERG, TRUSTEE,<br>Defendant. | ) | |

**ORDER APPROVING COMPROMISE AND SETTLEMENT WITH KING PLAINTIFFS**

Upon consideration of the *Motion for Approval of Proposed Compromise and Settlement with King Plaintiffs* (the "*Motion*"), and it appearing to the Court that proper notice of said proposed compromise and settlement has been forwarded to all parties-in-interest herein as required by Bankruptcy Rule 2002, and that no objection to said proposed compromise and settlement having been filed in response thereto, and that the proposed compromise and settlement is in the best interests of all parties-in-interest herein and should be approved by the Court; and

It is, therefore, by the United States Bankruptcy Court for the District of Maryland,

**ORDERED**, that the *Motion* be, and the same hereby is, **GRANTED**; and it is further

**ORDERED**, that the proposed compromise and settlement as described in the *Motion* be, and the same hereby is, **APPROVED**.

**END OF ORDER**

cc: Roger Schlossberg, Esq.
Frank J. Mastro, Esq.
Maurice B. Verstandig, Esq.
Gregory B. Myers, Debtor
All persons requesting notice