VerStandig
LAW FIRM

Maurice B. VerStandig, Esq.
Sender's Direct Dial: (301)444-4600
Sender's E-mail: mac@mbvesq.com

August 23, 2017

VIA CERTIFIED MAIL
Serv Trust
4505 Wetherill Road
Bethesda, Maryland 20816

**Re: 6789 Goldsboro LLC**

To Whom it May Concern:

Please take note that the undersigned and this firm represent Brian King ("Mr. King"), Cristina King ("Ms. King"), and the Cristina and Brian King Children's Trust (the "King Trust") in their capacity as the collective Class A Members of 6789 Goldsboro LLC (collectively, the "Class A Members"). If Serv Trust is represented by counsel in connection with its dealings with 6789 Goldsboro LLC, please forward this letter to such attorney(s) and ask her/him to contact me as soon as may be practicable.

Pursuant to the allowances of Section 7.7 of the First Amended and Restated Operating Agreement of 6789 Goldsboro LLC (the "Operating Agreement"), the Class A Members are hereby electing to determine the Appraised Value (as that term is defined in the Operating Agreement) of the Property (as that term is defined in the Operating Agreement), so as to determine if 6789 Goldsboro LLC may redeem the membership of Serv Trust.

Pursuant to Section 7.5.1 of the Operating Agreement, the Class A Members hereby appoint M. Ronald Lipman, MAI as their designated appraiser.

Pursuant to Section 10.2 of the Operating Agreement, the Class A Members hereby designate The VerStandig Law Firm, LLC, 9812 Falls Road, #114-160, Potomac, Maryland 20854 as the address to which notices shall be given for the sole and limited purpose of designating an appraiser under Section 7.5.1 of the Operating Agreement.

Sincerely,

Maurice "Mac" VerStandig, Esq.
*For the Firm*

cc: Brian King



Trustee Ex. 2