**From:** Greg Myers
**To:** "Brian King"
**Cc:** Greg Myers
**Subject:** RE: 6789 Goldsboro LLC - Memorandum Of Understanding
**Date:** Monday, January 16, 2017 4:56:37 PM

Brian,

The executed Memorandum of Understanding was mailed to you on September 12, 2016, via U.S. Mail addressed to you at 3925 Beech Avenue, Baltimore, Maryland 21211.

Greg

**From:** Brian King [mailto:brian@realestatedimensions.com]
**Sent:** Tuesday, January 10, 2017 10:16 AM
**To:** 'Greg Myers' <gregbmyers@verizon.net>
**Subject:** RE: 6789 Goldsboro LLC - Memorandum Of Understanding

Greg,

The Memorandum of Understanding was not executed and delivered by September 12, 2016 pursuant to section 6 so it is null and void.

Brian

**From:** Greg Myers [mailto:gregbmyers@verizon.net]
**Sent:** Tuesday, January 10, 2017 12:30 AM
**To:** brian@realestatedimensions.com
**Cc:** Greg Myers <gregbmyers@verizon.net>
**Subject:** 6789 Goldsboro LLC - Memorandum Of Understanding

Brian,

Attached is a PDF copy of the executed MEMORANDUM OF UNDERSTANDING.

Greg



**Trustee Ex. 5**