**From:** Greg Myers
**To:** "Timothy Dugan"; "Jeffrey Knight"; scrum@mhgpa.com; sroser@mhgpa.com; "Michael J. Klebasko"; "Scott Petrey"; "Brian King"; "Erica H. Hilburger"; "Christopher M. Demarco"
**Subject:** RE: Goldsboro Place = Scheduling a case status and strategy conference call for Thursday, December 1, 2016
**Date:** Wednesday, November 30, 2016 10:35:04 AM

---

Any time tomorrow.

---

**From:** Timothy Dugan [mailto:TDugan@shulmanrogers.com]
**Sent:** Wednesday, November 30, 2016 1:13 PM
**To:** Gregory Myers (gregbmyers@verizon.net) <gregbmyers@verizon.net>; Jeffrey Knight (jeffrey.knight@pillsburylaw.com) <jeffrey.knight@pillsburylaw.com>; scrum@mhgpa.com; sroser@mhgpa.com; Michael J. Klebasko (mklebasko@wetlandstudies.com) <mklebasko@wetlandstudies.com>; Scott Petrey (spetrey@wetlandstudies.com) <spetrey@wetlandstudies.com>; Brian King <brian@realestatedimensions.com>; Erica H. Hilburger <EHilburger@shulmanrogers.com>; Christopher M. Demarco (info@realestatedimensions.com) <info@realestatedimensions.com>
**Subject:** Goldsboro Place = Scheduling a case status and strategy conference call for Thursday, December 1, 2016
**Importance:** High

To the Team:

Conference call in number:
202-499-2029
Password: 5498043#

Please advise Erica Hilburger and me when you are available for a 30-60 minute conference call on Thursday, December 1, 2016

Thank you.

Tim

TIMOTHY DUGAN
ATTORNEY AT LAW

tdugan@shulmanrogers.com | T 301.230.5228 | F 301.230.2891

SHULMAN, ROGERS, GANDAL, PORDY & ECKER, P.A.
12505 PARK POTOMAC AVENUE, 6TH FLOOR, POTOMAC, MD 20854
1600 Tysons Boulevard, Suite 200, McLean, VA 22102

ShulmanRogers.com | BIO | VCARD



Trustee Ex. 7

SHULMAN ROGERS | GANDAL PORDY ECKER

---

**From:** Steve Crum [mailto:scrum@mhgpa.com]
**Sent:** Wednesday, November 30, 2016 1:54 PM
**To:** Timothy Dugan; Gregory Myers (gregbmyers@verizon.net); Jeffrey Knight (jeffrey.knight@pillsburylaw.com); Scott Roser; Michael J. Klebasko (mklebasko@wetlandstudies.com); Scott Petrey (spetrey@wetlandstudies.com); Brian King; Erica H. Hilburger; Christopher M. Demarco (info@realestatedimensions.com)
**Subject:** RE: Goldsboro Place = Scheduling a case status and strategy conference call for Thursday, December 1, 2016

Tim & Erica-

I'm available tomorrow after 3:00 p.m.

Regards-

**Stephen E. Crum, P.E.**
**Macris, Hendricks & Glascock, P.A.**
Engineers, Planners, Landscape Architects & Surveyors
9220 Wightman Road, Suite 120
Montgomery Village, MD 20886-1279
Email: scrum@mhgpa.com
Direct: 240.912.0819
Phone: 301.670.0840 x1019
Fax: 301.948.0693
Cell: 301.717.5983
Web: www.mhgpa.com

---

**From:** Timothy Dugan [mailto:TDugan@shulmanrogers.com]
**Sent:** Wednesday, November 30, 2016 1:13 PM
**To:** Gregory Myers (gregbmyers@verizon.net); Jeffrey Knight (jeffrey.knight@pillsburylaw.com); Steve Crum; Scott Roser; Michael J. Klebasko (mklebasko@wetlandstudies.com); Scott Petrey (spetrey@wetlandstudies.com); Brian King; Erica H. Hilburger; Christopher M. Demarco (info@realestatedimensions.com)
**Subject:** Goldsboro Place = Scheduling a case status and strategy conference call for Thursday, December 1, 2016
**Importance:** High

To the Team:

Conference call in number:
202-499-2029
Password: 5498043#

Please advise Erica Hilburger and me when you are available for a 30-60 minute conference call on

SHULMAN ROGERS | GANDAL PORDY ECKER

The information contained in this electronic message and any attached documents is privileged, confidential, and protected from disclosure. It may be an attorney-client communication and, as such, is privileged and confidential. If you are not the intended recipient, note that any review, disclosure, copying, distribution, or use of the contents of this electronic message or any attached documents is prohibited. If you have received this communication in error, please destroy it and notify us immediately by telephone (1-301-230-5200) or by electronic mail (LawFirm@srgpe.com). Thank you.

**From:** Greg Myers
**To:** "Timothy Dugan"; "Steve Crum"; "Jeffrey Knight"; "Scott Roser"; "Michael J. Klebasko"; "Scott Petrey"; "Brian King"; "Erica H. Hilburger"; "Christopher M. Demarco"
**Cc:** Greg Myers
**Subject:** RE: Goldsboro Place = Your availability for FRIDAY DECEMBER 2, 2016 FOR A TEAM CONFERENCE CALL and For the MNCPPC MEETING on 12/13, 12/14/16, and 12/15/16
**Date:** Wednesday, November 30, 2016 3:16:53 PM

I will make myself available anytime Friday, but prefer we schedule the call Friday morning sometime so that we can get to work on the modifications asap.

**From:** Timothy Dugan [mailto:TDugan@shulmanrogers.com]
**Sent:** Wednesday, November 30, 2016 2:03 PM
**To:** 'Steve Crum' <scrum@mhgpa.com>; Gregory Myers (gregbmyers@verizon.net) <gregbmyers@verizon.net>; Jeffrey Knight (jeffrey.knight@pillsburylaw.com) <jeffrey.knight@pillsburylaw.com>; Scott Roser <sroser@mhgpa.com>; Michael J. Klebasko (mklebasko@wetlandstudies.com) <mklebasko@wetlandstudies.com>; Scott Petrey (spetrey@wetlandstudies.com) <spetrey@wetlandstudies.com>; Brian King <brian@realestatedimensions.com>; Erica H. Hilburger <EHilburger@shulmanrogers.com>; Christopher M. Demarco (info@realestatedimensions.com) <info@realestatedimensions.com>
**Subject:** Goldsboro Place = Your availability for FRIDAY DECEMBER 2, 2016 FOR A TEAM CONFERENCE CALL and For the MNCPPC MEETING on 12/13, 12/14/16, and 12/15/16

**Thursday is not proving to be a good day to get everyone together for a call.**
**Please send to Erica Hilburger and me your availability for Friday, December 2, 2016.**

ALSO

I contacted MNCPPC about meeting on

Tuesday, December 13th
Wednesday, December 14th
or
Thursday, December 15th

Please advise us of your availability for those dates as well. Thank you.

TIMOTHY DUGAN
ATTORNEY AT LAW

tdugan@shulmanrogers.com | T 301.230.5228 | F 301.230.2891

SHULMAN, ROGERS, GANDAL, PORDY & ECKER, P.A.
12505 PARK POTOMAC AVENUE, 6TH FLOOR, POTOMAC, MD 20854
1600 Tysons Boulevard, Suite 200, McLean, VA 22102

ShulmanRogers.com | BIO | VCARD

SHULMAN ROGERS | GANDAL PORDY ECKER

---

**From:** Steve Crum [mailto:scrum@mhgpa.com]
**Sent:** Wednesday, November 30, 2016 1:54 PM
**To:** Timothy Dugan; Gregory Myers (gregbmyers@verizon.net); Jeffrey Knight (jeffrey.knight@pillsburylaw.com); Scott Roser; Michael J. Klebasko (mklebasko@wetlandstudies.com); Scott Petrey (spetrey@wetlandstudies.com); Brian King; Erica H. Hilburger; Christopher M. Demarco (info@realestatedimensions.com)
**Subject:** RE: Goldsboro Place = Scheduling a case status and strategy conference call for Thursday, December 1, 2016

Tim & Erica-

I'm available tomorrow after 3:00 p.m.

Regards-

**Stephen E. Crum, P.E.**
**Macris, Hendricks & Glascock, P.A.**
Engineers, Planners, Landscape Architects & Surveyors
9220 Wightman Road, Suite 120
Montgomery Village, MD 20886-1279
Email: scrum@mhgpa.com
Direct: 240.912.0819
Phone: 301.670.0840 x1019
Fax: 301.948.0693
Cell: 301.717.5983
Web: www.mhgpa.com

---

**From:** Timothy Dugan [mailto:TDugan@shulmanrogers.com]
**Sent:** Wednesday, November 30, 2016 1:13 PM
**To:** Gregory Myers (gregbmyers@verizon.net); Jeffrey Knight (jeffrey.knight@pillsburylaw.com); Steve Crum; Scott Roser; Michael J. Klebasko (mklebasko@wetlandstudies.com); Scott Petrey (spetrey@wetlandstudies.com); Brian King; Erica H. Hilburger; Christopher M. Demarco (info@realestatedimensions.com)
**Subject:** Goldsboro Place = Scheduling a case status and strategy conference call for Thursday, December 1, 2016
**Importance:** High

To the Team:

Conference call in number:
202-499-2029
Password: 5498043#

Please advise Erica Hilburger and me when you are available for a 30-60 minute conference call on

Thursday, December 1, 2016

Thank you.

Tim

TIMOTHY DUGAN
ATTORNEY AT LAW

tdugan@shulmanrogers.com | T 301.230.5228 | F 301.230.2891

SHULMAN, ROGERS, GANDAL, PORDY & ECKER, P.A.
12505 PARK POTOMAC AVENUE, 6TH FLOOR, POTOMAC, MD 20854
1600 Tysons Boulevard, Suite 200, McLean, VA 22102

ShulmanRogers.com | BIO | VCARD

SHULMAN ROGERS | GANDAL PORDY ECKER

The information contained in this electronic message and any attached documents is privileged, confidential, and protected from disclosure. It may be an attorney-client communication and, as such, is privileged and confidential. If you are not the intended recipient, note that any review, disclosure, copying, distribution, or use of the contents of this electronic message or any attached documents is prohibited. If you have received this communication in error, please destroy it and notify us immediately by telephone (1-301-230-5200) or by electronic mail (LawFirm@srgpe.com). Thank you.