**From:** Greg Myers
**To:** brian@realestatedimensions.com; chris@realestatedimensions.com
**Cc:** Greg Myers
**Subject:** Pillsbury Invoices
**Date:** Thursday, December 15, 2016 8:52:36 AM
**Attachments:** 160830_6789 Invoice.pdf
160830_Serv Trust Invoice_note.pdf
161208_6789 Invoice.pdf

---

Brian,

Per our call this morning, attached are copies of the corrected August 30, 2016 invoices (one for 6789 and one for Serv Trust note). Also attached is the Pillsbury summary invoice dated December 8, 2016 which I received today. Per our call, Chris will pay the below invoices immediately (and Chris will pay Invoice No. 8093388, dated 11/17/16 for $7,019.50 next month).

6789 Goldsboro LLC:

| | | |
|---|---|---|
| 8056811 | 05/24/16 | $17,136.50 |
| 8063141 | 06/28/16 | $21,097.45 |
| 8082963 | 08/30/16 | $18,605.50 |
| 8087587 | 10/21/16 | $13,708.00 |

Serv Trust note:

| | | |
|---|---|---|
| 8083001 | 08/30/16 | $8,608.00 |

Please confirm these payments will go out tomorrow, 12/16/16, so that I can let Pillsbury know (as I mentioned, I don't want to get sideways on revising the stream permits).

Thanks,
Greg