








Trustee Ex. 9

LAST SOLD ON JUL 18, 2013 FOR $1,350,000



**6789 Goldsboro Rd,** Bethesda, MD 20817

| $2,016,270 | 3 | 2 | 4,236 |
|---|---|---|---|
| Redfin Estimate | Beds | Baths | Sq Ft |

## Is this your home?

Track this home's value and nearby sales activity

I own 6789 Goldsboro Rd

## About this home

5+ acres unique opportunity to own this fabulous estate lot in close-in bethesda

- Single-family — Property Type
- 1935 — Year Built
- 5.23 acres — Lot Size
- $476 — Est. Price/Sq.Ft.

Listed by Kristin Gerlach • Gerlach real estate, inc. • 301-656-8686 (broker)
Bought with Kristin Gerlach • Gerlach real estate, inc. • 301-656-8686 (broker)

Redfin checked: a minute ago (Jun 17, 2025 at 12:14pm) • Source: BRIGHT MLS #1004571588

## Redfin Estimate

# $2,016,270

▲ **$666K** since sold in July 2013 ▲ **$34K** since April

**Recently sold homes** Estimate history Homes for sale




**$1,400,000** A
3 beds 2.5 baths 3,404 sq
7105 Laverock Ln, Bethesda,...




**$1,515,000** B
4 beds 3 baths 2,870 sq ft
7211 Macarthur Blvd,...




**$1,213,000** C
3 beds 3 baths 2,464 sq ft
6615 Rannoch Rd, Bethesda,...

**See comparables on map**

Claim this home to receive a free report every month with insights on the changing estimate.

I own 6789 Goldsboro Rd

## Homeowner tools

## Thinking of selling?

Estimated sale price

**$1.92M – $2.28M**

Reach more buyers when you sell with Redfin. Plus, you'll save **$20,163** in fees.

Schedule a selling consultation

Get an in-depth report about your home value and the Bethesda market.

**Request a free analysis**



**List your home for rent on Redfin for free**

Rental estimate

**$6,677 /mo**

Based on similar rentals

**Get started for free**

## Sale history for 6789 Goldsboro Rd

**Today**

| | | |
|---|---|---|
| Jul 19, 2013<br>Date | Sold (Public Records)<br>This was part of a multi-property sale.<br>Public Records | $1,350,000<br>Price |

**Jul, 2013**

| | | |
|---|---|---|
| Jul 18, 2013<br>Date | Sold (MLS)<br>BRIGHT MLS #1004571506 | $1,350,000<br>Price |
| Feb 15, 2013<br>Date | Listing Removed<br>BRIGHT MLS #1004571506 | —<br>Price |
| Aug 30, 2011<br>Date | Listed<br>BRIGHT MLS #1004571506 | $1,495,000<br>Price |





Listing provided courtesy of Bright MLS

**See all property history**

** Price available after **signing in**.

## Tax history for 6789 Goldsboro Rd

| Year | Property Tax | Land + | Additions = | Assessed Value |
|---|---|---|---|---|
| 2024 | $19,429 (+5.8%) | | | |
| 2023 | $18,372 (+10.7%) | | | |
| 2022 | $16,593 (+0.6%) | | | |
| 2021 | $16,491 (+0.3%) | $997,800 | $425,000 | $1,422,800 |
| 2020 | $16,437 | | | |

**Show more tax history**

## Property details