**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Greenbelt Division)**

In re:

GREGORY B. MYERS,

Debtor.

Case No. 15-26033-MCR
(Chapter 7)

______________________________/

BRIAN KING, *et al.*,

Plaintiffs,

v.

Adv. No. 24-00007

ROGER SCHLOSSBERG, Trustee,

Defendant.

______________________________/

**ORDER GRANTING MOTION TO DISMISS**
**FOR FAILURE TO JOIN INDISPENSABLE PARTY**



2

Upon consideration of the Debtor's Motion To Dismiss For Failure To Join Indispensable Party (the "Motion"); any opposition thereto, the record herein, and applicable law, it is, by the United States Bankruptcy Court for the District of Maryland, hereby:

**ORDERED**, that the Motion be, and hereby is, **GRANTED**

Copies:

Frank J. Mastro, Esq.
Schlossberg Mastro
P.O. Box 2067
Hagerstown, Maryland 21742
Email: fmastro@schlosslaw.com

Maurice B. VerStandig, Esq.
The VerStandig Law Firm, LLC
1452 W. Horizon Ridge Pkwy, #665
Henderson, Nevada 89012
Email: mac@mbvesq.com

Gregory Myers
700 Gulf Shore Blvd. N
Naples, Florida 34102
Email: gregbmyers@verizon.net