E-FILED; Montgomery Circuit Cou
Docket: 5/7/2024 8:04 AM; Submission: 5/7/2024 8:04 A
Envelope: 163422

A #4

EXHIBIT Debtors 4

IN THE CIRCUIT COURT FOR MONTGOMERY COUNTY, MARYLAND

| | |
|---|---|
| BRIAN KING, *et al.*,<br>Plaintiffs,<br>v.<br>SERV TRUST, *et al.*,<br>Defendants. | Case No.: 436977-V |
| 6789 GOLDSBORO, LLC,<br>Plaintiffs,<br>v.<br>SERV TRUST, *et al.*,<br>Defendants. | Case No.: 451611-V |

**STIPULATION OF DISMISSAL**

COMES NOW, Plaintiffs, Brian King, Cristina King, and Brian King in his capacity as trustee of the Cristina and Brian King Children's Trust (collectively, the "King Parties"), and Defendant, Serv Trust, through Roger Schlossberg, the Chapter 7 Trustee of the Bankruptcy Estate of Gregory B. Myers, who is, by operation of law, now the sole legal representative of Serv Trust following this Court's judicial determination herein that Serv Trust is the alter ego of Gregory B. Myers, by and through their respective undersigned counsel, pursuant to Md. Rule 2-506(a), hereby stipulate and agree that Count I of Plaintiffs' First Amended Complaint (Declaratory Judgment: Redemption of Interests) in Case No.: 436977-V shall be, and is hereby, DISMISSED.

Respectfully submitted,