ORDERED.

**Dated: March 11, 2022**

Caryl E. Delano
Chief United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

In re: Case No. 21-00123-FMD

GREGORY BRIAN MYERS, Chapter 13

Debtor.
_____________________________/

**ORDER GRANTING BRIAN KING, CRISTINA KING AND THE CRISTINA AND BRIAN KING CHILDREN'S TRUST'S AMENDED MOTION FOR RELIEF FROM THE AUTOMATIC STAY [DOC.145]**

THIS CAUSE came before the Court for hearing on February 10, 2022 at 2:15 p.m. on the "*Brian King, Cristina King, and the Cristina and Brian King Children's Trust's Amended Motion for Relief from the Automatic Stay*" (the "Motion" and ECF 145). The Court having reviewed the Motion, having heard the presentation of counsel, and having considered the record in the case, finds cause to grant the following relief. Accordingly, it is

ORDERED:

1. The Motion is granted in part and denied in part.

EXHIBIT 8

2. The automatic stay is modified to allow the lawsuit filed in Montgomery County Circuit Court captioned, *King et al. v. Serv Trust, et al.*, Case No. 436977-V, to proceed subject to the terms of this Order.

3. The automatic stay is lifted as to all non-debtor parties including Gregory Brian Myers in his representative capacity as Trustee of the Serv Trust. The automatic stay shall remain in effect and is not lifted as to any claims against Gregory Brian Myers (the "Debtor"), individually.

4. All other relief requested in the Motion is denied.

# # #

Respectfully submitted by:

Ross R. Hartog
Markowitz Ringel Trusty & Hartog, P.A.
101 NE Third Avenue, Suite 1210
Fort Lauderdale, FL 33301

Attorney Hartog shall serve copies of this order on all interested parties.