IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

| | |
|---|---|
| In re:<br>GREGORY B. MYERS,<br><br>Debtor. | Case No. 15-26033-MCR<br><br>(Chapter 7) |
| BRIAN KING, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>ROGER SCHLOSSBERG, TRUSTEE,<br><br>Defendant. | Adv. No.: 24-00007 |

**ORDER DENYING MOTION TO INTERVENE IN ADVERSARY PROCEEDING**

Upon consideration of the *Motion to Intervene in Adversary Proceeding* (the "*Motion*"), [Dkt. #43], filed by the Debtor, Gregory B. Myers, the opposition thereto filed by Roger Schlossberg, the Chapter 7 Trustee herein, any other opposition or reply memoranda filed in connection with the *Motion*, and this Court being fully advised, it is hereby

**ORDERED**, that the *Motion* be, and the same hereby is, **DENIED**.

**END OF ORDER**

cc: Roger Schlossberg, Esq.
Frank J. Mastro, Esq.
Maurice B. Verstandig, Esq.
Gregory B. Myers, Debtor
All persons requesting notice