USBC-MD FILED 9 JUL 25 PM 3:25

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)**

In re:

GREGORY B. MYERS,

Debtor.

Case No. 15-26033-MCR
(Chapter 7)

_______________________________/

BRIAN KING, *et al*.,

Plaintiffs,

v.

Adv. No. 24-00007

ROGER SCHLOSSBERG, Trustee,

Defendant.

_______________________________/

**MOTION TO SHORTEN TIME TO RESPOND TO**
**<u>EMERGENCY MOTION FOR STAY PENDING APPEAL</u>**
**(Requesting Shortened Period of Wednesday, July 16, 2025 at 3:00 p.m.)**

Gregory B. Myers ("Mr. Myers"), files this Motion to Shorten Time (the "Motion") to respond to the Emergency Motion for Stay Pending Appeal (the "Stay Motion"), and in support thereof states as follows:

1. On July 3, 2025, the Court entered an *Order Approving Trustee's Compromise And Settlement With King Parties* (Doc. 61) (the "Settlement Order") in this adversary proceeding. The fourteenth day following the entry of the Compromise Order is July 17, 2025.

2. The Debtor will be filing a Notice of Appeal pursuant to Federal Rule of Bankruptcy Procedure 8001 and 28 U.S.C. § 158(a)(1).

3. Pursuant to Bankruptcy Rule 8007, ordinarily a party must move first for a stay



3

pending appeal to the bankruptcy court, before moving for relief in the district court in which the appeal is pending.

4. In order to give the Court an opportunity to rule on the Motion, the Debtor requests that the Court shorten the response period to **Wednesday, July 16, 2025 at 3:00 p.m.** Cause exists to reduce the response period pursuant to Bankruptcy Rule 9006(c)(1) to allow both the Court and the District Court, if necessary, an opportunity to rule on the Stay Motion before the Settlement Order becomes effective.

5. Pursuant to Local Bankruptcy Rule 9013-2, the Debtor submits that he will rely solely on the facts presented herein, and no memorandum of law will accompany this Motion.

WHEREFORE, the Debtor requests that this Court enter an Order, in the form attached, granting the Motion, shortening the time to respond to the Stay Motion until **Wednesday, July 16, 2025 at 3:00 p.m.**, and granting such other and further relief as is just and proper.

RESPECTFULLY SUBMITTED on this 15th day of July, 2025.

Gregory B. Myers, *pro se*
700 Gulf Shore Blvd. N.
Naples, Florida 34102
(301) 325-2312
gregbmyers@verizon.net

USBC-MD G FILED
16 JUL '25 AM9:25

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on July 15, 2025, a copy of the foregoing was furnished to the following parties:

Roger Schlossberg
Frank J. Mastro
P.O. Box 2017
Hagerstown, MD 21742-2017

Maurice B. VerStandig, Esq.
The VerStandig Law Firm, LLC
1452 W. Horizon Ridge Pkwy., Suite 665
Henderson, NV 89012

Gregory B. Myers, *pro se*