Entered: July 18th, 2025
Signed: July 18th, 2025

**DENIED**

The Court has ruled on the motion for stay pending appeal. Therefore, the motion to shorten time is denied as moot.

UNITED STATES BANKRUPTCY COURT DISTRICT OF MARYLAND

Maria Ellena Chavez-Ruark

MARIA ELLENA CHAVEZ-RUARK
U.S. BANKRUPTCY JUDGE

DENIED

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Greenbelt Division)**

In re:

GREGORY B. MYERS,

Debtor.

Case No. 15-26033-MCR
(Chapter 7)

BRIAN KING, *et al.*,

Plaintiffs,

v.

ROGER SCHLOSSBERG, Trustee,

Defendant.

Adv. No. 24-00007

**ORDER GRANTING MOTION TO SHORTEN TIME TO RESPOND TO EMERGENCY MOTION FOR STAY PENDING APPEAL**
**(Requesting Shortened Period of Wednesday, July 16, 2025 at 3:00 p.m.)**



2

Upon consideration of the Debtor's Motion To Shorten Time To Respond To Emergency Motion For Stay Pending Appeal (the "Motion"); any opposition thereto, the record herein, and applicable law, it is, by the United States Bankruptcy Court for the District of Maryland, hereby:

**ORDERED**, that the Motion be, and hereby is, **GRANTED**

DENIED

Copies:

Frank J. Mastro, Esq.
Schlossberg Mastro
P.O. Box 2067
Hagerstown, Maryland 21742
Email: fmastro@schlosslaw.com

Maurice B. VerStandig, Esq.
The VerStandig Law Firm, LLC
1452 W. Horizon Ridge Pkwy, #665
Henderson, Nevada 89012
Email: mac@mbvesq.com

Gregory Myers
700 Gulf Shore Blvd. N
Naples, Florida 34102
Email: gregbmyers@verizon.net