CLERK, UNITED STATES DISTRICT COURT
101 W. LOMBARD STREET
BALTIMORE, MARYLAND 21201-2691
www.mdd.uscourts.gov

OFFICIAL BUSINESS

$0.780
US POSTAGE IMI
FIRST-CLASS
063S0014950473
FROM 21201
B89529 07

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY DEPUTY

SEP 17 2026

FILED ENTERED
LOGGED RECEIVED

Gregory B. Myers
700 Gulf Shore Blvd. N.
Naples, FL 34102

NIXIE 321 FE 1 0009/12/26
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD
BC: 21201260599 *0701-00276-02-16

UTF
21201>2605
34102>5325

CLERK AT BALTIMORE
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY DEPUTY
SEP 17 2026
FILED
LOGGED
ENTERED
RECEIVED