Case 8:26-cv-02865-TDC Document 7 Filed 08/27/26 Page 1 of 1

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**
**OFFICE OF THE CLERK**

Catherine M. Stavlas, Clerk of Court
David E. Ciambruschini, Chief Deputy

Reply to Southern Division Address

August 27, 2026

AT BALTIMORE
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY DEPUTY
SEP 17 2026
FILED ENTERED
LOGGED RECEIVED

RE: Myers v. Schlossberg, et al.
TDC 26-cv-2865
15-26033

Dear Counsel/Party:

The Designation of Record for the above-captioned bankruptcy appeal was docketed on August 26, 2026. Briefs must be filed and served in accordance with Bankruptcy Rule 8018. Appellant's brief is due within thirty (30) days from the date the Designation of Record is docketed.

The case is subject to this Court's electronic filing requirements and procedures.

☒ One or more of the parties in this case is not represented by counsel ("*pro se*"). *Pro se* parties are to file and serve documents in paper format. The court will scan and electronically file any documents submitted by a *pro se* party unless a particular document is exempt from electronic filing. The scanned document shall constitute the official court record. The court will mail paper copies of any orders or other documents entered by the court to any *pro se* party. Counsel shall file electronically with the court and serve paper copies of all documents on any *pro se* party. Documents filed electronically must include a certificate of service stating when and how a paper copy was served on any *pro se* party.

Sincerely yours,

/s/
Catherine M. Stavlas, Clerk

cc: All counsel/parties

Bankruptcy Letter to Counsel (Rev. 04/2015)