Case No.: Case 8:26-cv-02865-TDC

em
USDC - GREENBELT
'26 OCT 28 PM3:24

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

GREGORY B. MYERS,

*Appellant*,

v.

ROGER SCHLOSSBERG, Chapter 7 Trustee,
BRIAN KING,
CRISTINA KING, and
CRISTINA AND BRIAN KING CHILDREN'S TRUST,

*Appellees*.

Appeal from the United States Bankruptcy Court
for the District of Maryland
Case No.: 15-26033

**APPELLANT'S MOTION FOR ONE-DAY ENLARGEMENT OF TIME AND FOR LEAVE TO FILE OPENING BRIEF OUT OF TIME**

Gregory B. Myers
700 Gulf Shore Blvd. N.
Naples, Florida 34102
(301) 325-2312
*gregbmyers@verizon.net*

October 28, 2026

Appellant Gregory B. Myers, proceeding *pro se*, respectfully moves pursuant to Federal Rules of Bankruptcy Procedure 8018(a) and 9006(b)(1)(B) for a one-day enlargement of time, through and including October 28, 2026, to file his Opening Brief, and requests that the Court accept the Opening Brief submitted contemporaneously with this Motion as timely filed under the enlarged deadline. The original filing deadline was October 27, 2026.

Good cause and excusable neglect exist for the requested enlargement. On October 27, 2026, Appellant completed and physically filed his Opening Brief in closely related Civil Action No. 8:26-cv-02866-TDC, which shared the same briefing deadline and arises from the same underlying bankruptcy proceedings. The substantial overlapping record and the preparation, finalization, and physical filing of that brief consumed the time available on October 27, leaving Appellant unable to complete and file the separate Opening Brief in this appeal or submit a timely enlargement request. Appellant has diligently prosecuted both appeals, and the one-day delay was inadvertent, not willful or for purposes of delay.

Under *Pioneer Investment Services Co. v. Brunswick Associates Ltd. Partnership*, 507 U.S. 380, 395 (1993), excusable neglect is determined by considering all relevant circumstances, including prejudice, the length and reason for delay, and good faith. Here, the delay is only one day, Appellant is tendering his completed Opening Brief with this Motion, no hearing or other proceeding is

affected, and the requested enlargement causes no prejudice to Appellees. The interests of justice favor accepting the Brief and resolving this appeal on its merits.

**WHEREFORE**, Appellant respectfully requests that the Court (i) find excusable neglect under Bankruptcy Rule 9006(b)(1)(B); (ii) enlarge the October 27, 2026 filing deadline through October 28, 2026; (iii) accept Appellant's Opening Brief submitted contemporaneously herewith as timely filed pursuant to the enlarged deadline; and (iv) grant such other and further relief as is just and proper.

Respectfully submitted,

Gregory B. Myers, *pro se*
700 Gulf Shore Blvd. N.
Naples, Florida 34102
(301) 325-2312
*gregbmyers@verizon.net*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 28, 2026, the foregoing Appellant's Motion For One-Day Enlargement Of Time And For Leave To File Opening Brief Out Of Time was filed with the Clerk of the United States District Court for the District of Maryland and a true and correct copy was served by first-class U.S. Mail, postage prepaid, and/or through the Court's electronic filing system where applicable, upon the following:

Roger Schlossberg
Frank J. Mastro
Schlossberg & Mastro
P.O. Box 2017
Hagerstown, MD 21742-2017

Maurice B. VerStandig, Esq.
The VerStandig Law Firm, LLC
1452 W. Horizon Ridge Pkwy., Suite 665
Henderson, NV 89012

Gregory B. Myers