AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY DEPUTY
NOV 6 2026
FILED ENTERED
LOGGED RECEIVED

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY DEPUTY
NOV 6 2026
FILED ENTERED
LOGGED RECEIVED
stamped in error

Case No.: Case 8:26-cv-02865-TDC

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

HD
Rcv'd by: em
USDC - GREENBELT
'26 SEP 23 PM3:19

GREGORY B. MYERS,

*Appellant*,

v.

ROGER SCHLOSSBERG, ET AL.,

*Appellees*.

Appeal from the United States Bankruptcy Court
for the District of Maryland
Case No.: 15-26033

**APPELLANT'S EMERGENCY MOTION FOR ENLARGEMENT OF TIME TO FILE OPENING BRIEF**

Gregory B. Myers
700 Gulf Shore Blvd. N.
Naples, Florida 34102
(301) 325-2312
*gregbmyers@verizon.net*

September 23, 2026